UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and ) | |
| MARIA DASILVA, ) | |
|    Plaintiffs ) | |
| ) | **CASE NO. 1:07-CV-12067** |
| vs. ) | |
| ) | |
| DWIGHT JENKINS, CHERRY JENKINS, ) | |
| DOREA SMITH, ROBERT E. KELLEY, ) | |
| RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, ) | |
| EB REAL ESTATE GROUP, INC., ) | |
| DORCHESTER REAL ESTATE, INC., NEW ) | |
| ENGLAND MERCHANTS CORP., UNION ) | |
| CAPITAL MORTGAGE BUSINESS TRUST, ) | |
| MID CITY MORTGAGE, LLC, FREMONT ) | |
| INVESTMENT AND LOAN and MERITAGE ) | |
| MORTGAGE CORPORATION ) | |
|    Defendants ) | |

**DEFENDANTS' JOINT MOTION FOR DETERMINATION REGARDING PLAINTIFF ROBERT SMITH'S TESTIMONIAL CAPACITY AND NEED FOR APPOINTMENT OF GUARDIAN *AD LITEM***

Now come the defendants, Union Capital Mortgage Business Trust, EB Real Estate Group, Inc., Robert E. Kelley, RKelley-Law, P.C., Dorchester Real Estate, Inc., New England Merchants Corp., Cherry Jenkins, Dorea Smith and Dwight Jenkins, and move for a determination regarding the testimonial capacity of plaintiff Robert Smith for purposes of clarifying Mr. Smith's claims and determining the admissibility of Mr. Smith's Affidavits, Answers to Interrogatories, declarations, and sworn deposition testimony in this case. Because of the approaching December 21, 2009 deadline for filing Summary Judgment Motions in this case, the parties must ascertain whether evidence regarding Mr. Smith will be admissible. It also may be necessary to determine whether a guardian *ad litem* should be appointed for Mr. Smith pursuant to Fed.R.Civ.P. 17(c). Pursuant to Fed.R.Evid. 706, the court may appoint an appropriate expert to assist the court in evaluating Mr. Smith.

1

Mr. Smith has asserted that he was the victim of a fraudulent real estate scheme in which he was induced to sign documents resulting in his unknowing procurement of mortgage loans to finance his purchase of two homes.  Mr. Smith has alleged and testified that he suffers from schizophrenia, and that he was unaware that the documents he signed concerned real estate purchases or that he was borrowing money to make the purchases.  Mr. Smith has testified that he was incapable of understanding the transactions alleged in his complaint because of voices in his head.  Mr. Smith testified in his deposition that he continues to hear voices, and stated that he was hearing voices during his deposition.  Mr. Smith testified that his mental illness has compromised his ability to remember events and testify in this case.  Mr. Smith testified that he believes he was legally incapable of understanding the transactions that are the subject of his complaint, and that his condition has only worsened since.  Mr. Smith further testified that his mental illness has so affected his memory and cognition that he cannot be certain of what day it is.

Mr. Smith's allegations in this case suggest that he will claim that he is legally incompetent to enter into contractual obligations, and that the transactions he entered into are void *ab initio* or should be voided.  Mr. Smith's deposition testimony suggests that he considers himself currently incapable of entering into legal transactions or rendering competent testimony.  If this is the case, his competence should be assessed by the court to determine not only the extent to which his testimony can be admitted, but whether he is capable of proceeding in this matter without an appointed guardian *ad litem*, and to what extent his condition may allow the transactions he complains of to be voided on his behalf.  Appointment of a guardian prior to rulings on dispositive motions is also prudent and eliminates the chance for later challenges to dispositive rulings.

Wherefore, for the foregoing reasons and those discussed in the Memorandum in Support of this Motion, the defendants jointly and respectfully request that this Honorable Court make a determination regarding Mr. Smith's testimonial capacity and need for a guardian *ad litem* in order to clarify issues surrounding Mr. Smith's claims in this case.

/s/  Douglas A. Robertson_____
Douglas A. Robertson, BBO No. 552315
Anthony R. Brighton, BBO No. 660193
Attorneys for Defendant,
Union Capital Mortgage Business Trust
MARTIN, MAGNUSON, MCCARTHY &
KENNEY
101 Merrimac Street
Boston, MA  02114
(617) 227-3240

/s/ Joseph A. King_____
Joseph A. King, Esq.
Attorney for Defendant,
E.B. Real Estate Group
Murphy & Riley, P.C.
141 Tremont Street
Boston, MA 02111
617-423-3700

/s/ Thomas K. McCraw, Jr._____
Thomas K. McCraw, Jr., Esq.
Attorney for Defendant,
Dorchester Real Estate, Inc.
LeClair Ryan, A Professional Corporation
One International Place, 11th Fl.
Boston, MA 02110
857-221-8978

| | |
|---|---|
| /s/ James F. McLaughlin | /s/ Geoffrey A. Domenico |
| James F. McLaughlin, Esq. | Geoffrey A. Domenico, Esq. |
| Attorney for Defendants, | Attorney for Defendants, |
| Robert E. Kelley and RKelley-Law | Dwight Jenkins, Cherry Jenkins and Dorea Smith |
| McLaughlin, McLaughlin & | Piscitelli, Domenico & Murphy, LLC |
|   McLaughlin, P.C. | 171 Washington Street |
| 1135 North Main Street | N. Easton, MA 02356 |
| Brockton, MA 02301 | 508-230-8777 |
| 508-588-4596 | |

/s/ Michael J. Markoff
Michael J. Markoff, Esq.
Attorney for Defendant,
New England Merchants Corp.
184 Jones Road
P.O. Box 212
Falmouth, MA 02541
508-548-5500

## ORAL ARGUMENT REQUESTED

    Pursuant to L.R.7.1(d), the defendants jointly request a hearing regarding this Motion.

## CERTIFICATE OF CONFERENCE

    I, Douglas A. Robertson, certify that on November 20, 2009 I conferred with plaintiffs' attorneys Jeffrey Baker and Jonathan Plaut in a good faith effort to resolve or narrow the issues raised in this motion.

                                                    /s/ Douglas A. Robertson
                                                    Douglas A. Robertson, BBO No. 552315
                                                    Anthony R. Brighton, BBO No. 660193
                                                    Attorneys for Defendant,
                                                    Union Capital Mortgage Business Trust
                                                    MARTIN, MAGNUSON, MCCARTHY &
                                                    KENNEY
                                                    101 Merrimac Street
                                                    Boston, MA  02114
                                                    (617) 227-3240

## *CERTIFICATE OF SERVICE*

  I, Douglas A. Robertson, attorney for Union Capital Mortgage Business Trust, hereby certify that on the 23rd day of November, 2009, I served a copy of the above document to all counsel of record via electronic filing:

        /s/ Douglas A. Robertson_____
        Douglas A. Robertson, BBO No. 552315
        Anthony R. Brighton, BBO No. 660193
        Attorneys for Defendant,
        Union Capital Mortgage Business Trust
        MARTIN, MAGNUSON, MCCARTHY &
        KENNEY
        101 Merrimac Street
        Boston, MA  02114
        (617) 227-3240