UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and MARIA DASILVA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DWIGHT JENKINS, CHERRY JENKINS, ) <br> DOREA SMITH, ROBERT E. KELLEY, ) <br> RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, ) <br> EB REAL ESTATE GROUP, INC., NEW ) <br> ENGLAND MERCHANTS CORP., UNION ) <br> CAPITAL MORTGAGE BUSINESS TRUST, ) <br> MID CITY MORTGAGE, LLC, FREMONT ) <br> INVESTMENT & LOAN and MERITAGE ) <br> MORTGAGE CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | CIV. ACTION NO.: 07-12067-RGS |

## DEFENDANT MID CITY MORTGAGE, LLC'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56, and for the reasons set forth in the Memorandum of Law filed this same day, Defendant Mid City Mortgage, LLC ("Mid City") hereby moves for entry of summary judgment in its favor on all remaining claims asserted against Mid City in this action.

WHEREFORE, Mid City respectfully requests that the Court enter summary judgment in favor of Mid City on Counts I, VII X, XII, XV and XVI.

Respectfully submitted,

**MID CITY MORTGAGE, LLC**

By its attorneys,

/s/ John R. Bauer
John R. Bauer (BBO #630742)
Amie R. Pelletier (BBO #654044)
Claire Newton (BBO #669598)
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

Dated: February 1, 2010

## L.R. 7.1(A)(2) CERTIFICATION

I, Amie R. Pelletier, certify that on January 29, 2010, I conferred with Plaintiffs' counsel, Jonathan D. Plaut, and attempted in good faith to resolve or narrow the issues in this motion.

/s/  Amie R. Pelletier
Amie R. Pelletier

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(D), Mid City Mortgage, LLC believes that oral argument may assist the Court in deciding this Motion and hereby requests that the Court hear oral argument on the Motion.

/s/ John R. Bauer
John R. Bauer

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, John R. Bauer, hereby certify that this document filed through the ECF system on February 1, 2010 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      /s/ John R. Bauer  
      John R. Bauer