UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
**CASE NO. 1:07-CV-12067**

| | |
|---|---|
| ROBERT SMITH and<br>MARIA DASILVA,<br>    Plaintiffs<br><br>vs.<br><br>DWIGHT JENKINS, CHERRY JENKINS,<br>DOREA SMITH, ROBERT E. KELLEY,<br>RKELLEY-LAW, P.C., LOUIS G.<br>BERTUCCI, EB REAL ESTATE GROUP,<br>INC., DORCHESTER REAL ESTATE,<br>INC., NEW ENGLAND MERCHANTS<br>CORP., UNION CAPITAL MORTGAGE<br>BUSINESS TRUST, MID CITY<br>MORTGAGE, LLC, SIGNATURE<br>GROUP HOLDINGS, INC. f/k/a<br>FREMONT REORGANIZING<br>CORPORATION f/k/a FREMONT<br>INVESTMENT & LOAN<br>    Defendants | **MOTION IN LIMINE OF DEFENDANT, UNION CAPITAL MORTGAGE BUSINESS TRUST (TERMINATED JUNE 29, 2010), TO PRECLUDE FROM EVIDENCE ANY MENTION OF, REFERENCE TO, OR COPIES OF, A NOVEMBER 12, 2009, TEMPORARY ORDER TO CEASE AND DESIST ORIGINATING LOANS DIRECTED TO JOHN RICHMAN (EXHIBIT 275-4); A MARCH 3, 2010 CONSENT ORDER REGARDING MR. RICHMAN'S MORTGAGE ORIGINATOR'S LICENSE (EXHIBIT 275-2) AND A JUNE 3, 2010 CONSENT ORDER REGARDING UNION CAPITAL'S MORTGAGE LENDER LICENSE (EXHIBIT 275-3)** |

   Now comes Union Capital Mortgage Business Trust (terminated June 29, 2010) ("Union Capital") and moves in limine, pursuant to Federal Rules of Evidence 408, 404(b) and 403, to preclude from evidence at trial, any mention of, reference to, or copies of, previously filed Exhibit 275-2 (March 3, 2010 Consent Order regarding John Richman's mortgage originator's license); Exhibit 275-3 (June 3, 2010 Consent Order regarding Union Capital's mortgage lender license) and Exhibit 275-4 (November 12, 2009 Temporary Cease and Desist Order directed to John Richman).

   As grounds for this motion, Union Capital states as follows:

1. The aforementioned Consent Orders and Temporary Cease and Desist Order are inadmissible settlement agreements precluded from evidence by F.R.E. 408;

2. The aforementioned Consent Orders and Temporary Cease and Desist Order are inadmissible evidence under F.R.E. 404(b) if offered as prior bad acts to show Union Capital acted similarly with regards to the plaintiffs' loan applications;

3. The aforementioned Consent Orders and Temporary Cease and Desist Order are inadmissible evidence under F.R.E. 403 because they are of no probative value and, if admitted into evidence, would unfairly prejudice Union Capital and confuse and mislead the jury.

Union Capital further relies on the memorandum submitted in support of this motion.

Accordingly, Union Capital respectfully requests that this Honorable Court enter an order precluding from evidence any mention of, reference to, or copies of, the Consent Orders and Temporary Cease and Desist Order, designated as Exhibits 275-2, 275-3 and 275-4.

/s/  Douglas A. Robertson_____
Douglas A. Robertson, BBO No. 552315
Anthony R. Brighton, BBO No. 660193
Attorneys for Defendant,
   Union Capital Mortgage Business Trust
MARTIN, MAGNUSON, MCCARTHY &
   KENNEY
101 Merrimac Street
Boston, MA  02114
(617) 227-3240

## *CERTIFICATE OF SERVICE*

     I, Douglas A. Robertson, attorney for Union Capital Mortgage Business Trust, hereby certify that on the 18th day of August, 2010, I served a copy of the above document to all counsel of record via electronic filing:

                        /s/ Douglas A. Robertson_____
                        Douglas A. Robertson, BBO No. 552315
                        Anthony R. Brighton, BBO No. 660193
                        Attorneys for Defendant,
                           Union Capital Mortgage Business Trust
                        MARTIN, MAGNUSON, MCCARTHY &
                           KENNEY
                        101 Merrimac Street
                        Boston, MA  02114
                        (617) 227-3240