UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and )<br>MARIA DASILVA, )<br>    Plaintiffs )<br>)<br>vs. )<br>)<br>DWIGHT JENKINS, CHERRY JENKINS, )<br>DOREA SMITH, ROBERT E. KELLEY, )<br>RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, )<br>EB REAL ESTATE GROUP, INC., )<br>DORCHESTER REAL ESTATE, INC., NEW )<br>ENGLAND MERCHANTS CORP., UNION )<br>CAPITAL MORTGAGE BUSINESS TRUST, )<br>MID CITY MORTGAGE, LLC, FREMONT )<br>INVESTMENT AND LOAN and MERITAGE )<br>MORTGAGE CORPORATION )<br>    Defendants ) | **CASE NO. 1:07-CV-12067** |

**DEFENDANT, UNION CAPITAL MORTGAGE BUSINESS
TRUST'S ESTIMATE OF TRIAL PRESENTATION TIME PER SEPTEMBER 23, 2010
COURT ORDER**

The defendant, Union Capital Mortgage Business Trust ("Union Capital") estimates fifteen (15) hours will be required to present its case.

Respectfully submitted,

/s/ Douglas A. Robertson
Douglas A. Robertson, B.B.O. No. 552315
Anthony R. Brighton, B.B.O. No. 660193
Attorneys for Defendant, Union Capital Mortgage
Business Trust
MARTIN, MAGNUSON, MCCARTHY &
KENNEY
101 Merrimac Street
Boston, MA  02114
(617) 227-3240

## *CERTIFICATE OF SERVICE*

    I, Douglas A. Robertson, attorney for Union Capital Mortgage Business Trust, hereby certify that on the 27th day of September, 2010, I served a copy of the above document to all counsel of record via electronic filing:

                                       /s/ Douglas A. Robertson _____
                                       Douglas A. Robertson, B.B.O. No. 552315
                                       Anthony R. Brighton, B.B.O. No. 660193
                                       Attorneys for Defendant, Union Capital Mortgage
                                       Business Trust
                                       MARTIN, MAGNUSON, MCCARTHY & KENNEY
                                       101 Merrimac Street
                                       Boston, MA  02114
                                       (617) 227-3240