UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT SMITH and<br>MARIA DASILVA,<br><br>Plaintiffs,<br><br>v.<br><br>DWIGHT JENKINS;<br>CHERRY JENKINS; DOREA SMITH,<br>ROBERT E. KELLEY;<br>RKELLEY-LAW, P.C.; LOUIS G.<br>BERTUCCI; EB REAL ESTATE GROUP<br>INC.; DORCHESTER REALESTATE,<br>INC.; NEW ENGLAND MERCHANTS<br>CORP.; UNION CAPITAL MORTGAGE<br>BUSINESS TRUST; MID CITY<br>MORTGAGE, LLC; MERITAGE<br>MORTGAGE CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:07-12067-RGS |

**DEFENDANT, DORCHESTER REAL ESTATE, INC.'S
ESTIMATE OF TRIAL PRESENTATION TIME**

      Pursuant to this Court's Order dated September 23, 2010, defendant Dorchester Real Estate, Inc. ("Century 21"), estimates eight to ten hours (8-10 hours) will be required to present its case at trial.

                                        Respectfully submitted,

                                        DORCHESTER REAL ESTATE, INC.

                                        By its attorneys,

                                        /s/ Thomas K. McCraw, Jr.
                                        Jay S. Gregory, BBO #546708
                                        Jay.Gregory@LeClairRyan.com
                                        Thomas K. McCraw, Jr., BBO# 659480
                                        Thomas.McCraw@LeClairRyan.com
                                        LeClairRyan, A Professional Corporation
                                        One International Place, 11th Floor
                                        Boston, MA  02110
Dated:  September 27, 2010         617-502-8200

## CERTIFICATE OF SERVICE

    I, Thomas K. McCraw, Jr., hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system, or if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on this 27th day of September, 2010.

                                        /s/ Thomas K. McCraw, Jr.