# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT SMITH and MARIA DASILVA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-12067-RGS |
| DWIGHT JENKINS, CHERRY JENKINS, DOREA SMITH, ROBERT E. KELLEY, RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, EB REAL ESTATE GROUP, INC., DORCHESTER REAL ESTATE, INC., NEW ENGLAND MERCHANTS CORP., UNION CAPITAL MORTGAGE BUSINESS TRUST, MID CITY MORTGAGE, LLC, FREMONT INVESTMENT & LOAN and MERITAGE MORTGAGE CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## SIGNATURE GROUP HOLDINGS, INC.'S NOTICE
## OF ESTIMATED TRIAL PRESENTATION TIME

Pursuant to the Court's September 23, 2010 Electronic Order on Civil Jury Trial Time Limits, defendant Signature Group Holdings, Inc. f/k/a Fremont Reorganizing Corporation f/k/a Fremont Investment & Loan ("Signature") estimates that it will need six to eight hours (6-8 hours) to present its case at the trial of this action.

Signature notes that its trial time estimate was based in part upon the plaintiffs' current witness list containing fifty-nine (59) trial witnesses and their current "preliminary" un-numbered exhibit list containing approximately ninety-seven (97) separate categories of documents.

          SIGNATURE GROUP HOLDINGS, INC.
          f/k/a FREMONT REORGANIZING CORP.
          f/k/a FREMONT INVESTMENT & LOAN,
          By its Attorneys,


          */s/ J. Patrick Kennedy*
          Donn A. Randall, BBO# 631590
          J. Patrick Kennedy, BBO# 565778
          Bulkley, Richardson and Gelinas, LLP
          98 North Washington Street, Suite 500
          Post Office Box 9750
          Boston, Massachusetts  02114-0016
          (617) 368-2500
          Email: pkennedy@bulkley.com

Dated:  September 28, 2010


**CERTIFICATE OF SERVICE**

    I, J. Patrick Kennedy, hereby certify that a true and correct copy of the foregoing document was served on all parties or counsel of record via this Court's CM/ECF electronic filing system or, if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on this 28th day of September, 2010.


          */s/ J. Patrick Kennedy*
          J. Patrick Kennedy

1009884-1