**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **ROBERT SMITH and MARIA DASILVA**<br>     **Plaintiffs** | )<br>)<br>)<br>) |
| **v.** | )<br>) |
| **DWIGHT JENKINS, CHERRY JENKINS,**<br>**DOREA SMITH, ROBERT E. KELLEY,**<br>**RKELLEY-LAW, P.C., LOUIS G. BERTUCCI,**<br>**EB REAL ESTATE GROUP, INC.,**<br>**DORCHESTER REAL ESTATE, INC.,**<br>**NEW ENGLAND MERCHANTS CORP.,**<br>**UNION CAPITAL MORTGAGE BUSINESS**<br>**TRUST, MID CITY MORTGAGE, LLC,**<br>**FREEMONT INVESTMENT AND LOAN and**<br>**MERITAGE MORTGAGE CORPORATION,**<br>     **Defendants.** | )<br>)<br>) Case No. 1:07-cv-12067-RSG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT EB REAL ESTATE GROUP, INC.'S ESTIMATE OF TRIAL PRESENTATION TIME PER SEPTEMBER 23, 2010 COURT ORDER**

Defendant EB Real Estate Group, Inc. estimates ten (10) hours will be required to be present its case.

                              **DEFENDANT**
                              **EB REAL ESTATE GROUP, INC.**
                              **d/b/a RE/MAX REAL ESTATE**
                              **SPECIALISTS**
                              **By their Attorneys,**


                              */s/ Joseph A. King*
                              **Joseph A. King, BBO # 558164**
                              **jking@murphyriley.com**
                              **Mary A. Azzarito, BBO # 566734**
                              **mazzarito@murphyriley.com**
                              **MURPHY & RILEY, P.C.**
                              **141 Tremont Street**
                              **Boston, MA  02111**
                              **(617) 423-3700**

**Dated:  September 28, 2010**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, if any, on September 28, 2010.

                                          */s/ Joseph A. King*
**Joseph A. King, BBO # 558164**
**jking@murphyriley.com**
**Mary A. Azzarito, BBO # 566734**
**mazzarito@murphyriley.com**
**MURPHY & RILEY, P.C.**
**141 Tremont Street**
**Boston, MA  02111**
**(617) 423-3700**

2