UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT SMITH and MARIA DASILVA, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIV. ACT. NO. 07-12067-RGS |
| DWIGHT JENKINS, CHERRY JENKINS, DOREA SMITH, ROBERT E. KELLEY, R KELLEY-LAW, P.C., LOUIS G. BERTUCCI, EB REAL ESTATE GROUP, INC., NEW ENGLAND MERCHANTS CORP., UNION CAPITAL MORTGAGE BUSINESS TRUST, MID CITY MORTGAGE, LLC, FREMONT INVESTMENT & LOAN and MERITAGE MORTGAGE CORPORATION, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE AS TO MID CITY MORTGAGE, LLC'S
ESTIMATE OF TRIAL PRESENTATION TIME**

Pursuant to the Court's September 23, 2010 Order, the defendant Mid City Mortgage, LLC ("Mid City") anticipates that it will require 7-8 hours to present its case at trial.  Mid City's estimate is premised on the assumption that plaintiffs will not be allowed to call "straw buyers" other than Mr. Smith and Ms. DaSilva to testify as witnesses, consistent with the Court's August 25, 2010 Order allowing Mid City's *Motion in Limine To Preclude Evidence Concerning Other Straw Buyers* (Docket No. 297).  At a minimum, Mid City respectfully requests that the Court allocate at least as much time to the defendants as it allocates to the plaintiffs.

Respectfully submitted,

**MID CITY MORTGAGE, LLC**

By its attorneys,

/s/ Kate Moran Carter
John R. Bauer (BBO #630742)
jbauer@rc.com
Kate Moran Carter (BBO# 663202)
kcarter@rc.com
Katherine Kayatta (BBO# 675487)
kkayatta@rc.com
ROBINSON & COLE LLP
One Boston Place, 25th Floor
Boston, MA  02108-4404
(617) 557-5900

Dated: September 28, 2010

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Kate Moran Carter, hereby certify that this document filed through the ECF system on September 28, 2010 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kate Moran Carter
Kate Moran Carter
