UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and <br> MARIA DASILVA, <br>     Plaintiffs, <br><br> vs. <br><br> DWIGHT JENKINS, CHERRY JENKINS, <br> DOREA SMITH, ROBERT E. KELLEY, <br> RKELLEY-LAW, P.C., LOUIS G. <br> BERTUCCI, EB REAL ESTATE GROUP, <br> INC., DORCHESTER REAL ESTATE, INC., <br> NEW ENGLAND MERCHANTS CORP., <br> KELLEY MORTGAGE BUSINESS TRUST, <br> MID CITY MORTGAGE, LLC, FREEMONT <br> INVESTMENT AND LOAN and <br> MERITAGE MORTGAGE CORPORATION <br>     Defendants, | Case No. 1:07-cv-12067 |

**THE DEFENDANTS' ROBERT E. KELLEY AND RKELLEY-LAW, P.C.
(COLLECTIVELY "KELLEY"), ESTIMATE OF TRIAL PRESENTATION TIME PER
SEPTEMBER 23, 2010 COURT ORDER**

Kelley estimates ten (10) hours will be required to present its case.

                Respectfully submitted,
                Robert E. Kelley & RKelley-Law, P.C.
                By his attorney,

                */s/ James F. McLaughlin*
                James F. McLaughlin
                McLaughlin & McLaughlin, P.C.
                BBO# 556095
                1135 North Main Street
                Brockton, MA 02301
                (508) 588-4596
                jaymclaughlin@mclaughlinlawgroup.com

September 28, 2010

## CERTIFICATE OF SERVICE

I, James F. McLaughlin, hereby certify that a true and correct copy of the foregoing **TRIAL ESTIMATE** was served on all parties or counsel of record via this Court's CM/ECF electronic filing system or, if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on this 28th day of September 2010.

/s/James F. McLaughlin