UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SMITH and | ) | |
| MARIA DASILVA, | ) | |
|     Plaintiffs | ) | **CASE NO. 1:07-CV-12067** |
| | ) | |
| vs. | ) | |
| | ) | |
| DWIGHT JENKINS, CHERRY JENKINS | ) | |
| AND DOREA SMITH, ROBERT E. KELLEY, | ) | |
| RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, | ) | |
| EB REAL ESTATE GROUP, INC., | ) | |
| DORCHESTER REAL ESTATE, INC., NEW | ) | |
| ENGLAND MERCHANTS CORP., UNION | ) | |
| CAPITAL MORTGAGE BUSINESS TRUST, | ) | |
| MID CITY MORTGAGE, LLC, FREMONT | ) | |
| INVESTMENT AND LOAN and MERITAGE | ) | |
| MORTGAGE CORPORATION | ) | |
|     Defendants | ) | |

**DEFENDANTS DWIGHT JENKINS, CHERRY JENKINS AND DOREA SMITH'S
ESTIMATE OF TRIAL PRESENTATION TIME PER SEPTEMBER 23, 2010
COURT ORDER**

The Defendants Dwight Jenkins, Cherry Jenkins and Dorea Smith estimate three (3)

hours will be required to present their cases.

Respectfully submitted,

/s/ Geoffrey A. Domenico
Geoffrey A. Domenico, B.B.O No. 128360
Attorneys for Defendants Dwight Jenkins, Cherry
Jenkins and Dorea Smith
PISCITELLI, DOMENICO & MURPHY, LLP
171 Washington Street
North Easton, MA 02356
(508) 230-8777
gdomenico@pdm-law.com

## CERTIFICATE OFR SERVICE

I, Geoffrey A. Domenico, attorney for Dwight Jenkins, Cherry Jenkins and Dorea Smith, hereby certify that on the 28th day of September, 2010. I served a copy of the above document to all counsel of record via electronic filing:

/s/ Geoffrey A. Domenico, Esquire
Geoffrey A. Domenico, B.B.O No. 128360
Attorney for Defendants Dwight Jenkins, Cherry
Jenkins and Dorea Smith
PISCITELLI, DOMENICO & MURPHY, LLP
171 Washington Street
North Easton, MA 02356
(508) 230-8777
gdomenico@pdm-law.com