UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SMITH and MARIA DASILVA,<br><br>Plaintiffs,<br><br>vs.<br><br>DWIGHT JENKINS, CHERRY JENKINS, DOREA SMITH, ROBERT E. KELLEY, RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, EB REAL ESTATE GROUP, INC., DORCHESTER REAL ESTATE, INC., NEW ENGLAND MERCHANTS CORP., UNION CAPITAL MORTGAGE BUSINESS TRUST, MID CITY MORTGAGE, LLC, FREMONT INVESTMENT & LOAN and MERITAGE MORTGAGE CORPORATION,<br><br>Defendants. | CIV. ACTION NO. 07-12067-RGS |

## DEFENDANT MID CITY MORTGAGE, LLC'S PROSPECTIVE WITNESS LIST

1. Lucio Avila
   East Taunton, Massachusetts

2. Ann Silver
   Stoughton, Massachusetts

3. Maria DaSilva
   Boston, Massachusetts

4. Carl Leppo, Esq.
   7 Christy Dr # 1
   Brockton, MA

        MID CITY MORTGAGE, LLC

        By its attorneys,

        /s/ Kate Moran Carter
        John R. Bauer (BBO# 630743)
        Kate Moran Carter (BBO# 663202)
        Katherine S. Kayatta (BBO# 675487)
        ROBINSON & COLE LLP
        One Boston Place
        Boston, MA 02108-4404
        (617) 557-5900
        jbauer@rc.com
        kcarter@rc.com
        kkayatta@rc.com

Dated: September 30, 2010

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Kate Moran Carter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ Kate Moran Carter
        Kate Moran Carter