UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and MARIA DASILVA, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DWIGHT JENKINS, CHERRY JENKINS, )<br>DOREA SMITH, ROBERT E. KELLEY, )<br>RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, )<br>EB REAL ESTATE GROUP, INC., )<br>DORCHESTER REAL ESTATE, INC., NEW )<br>ENGLAND MERCHANTS CORP., UNION )<br>CAPITAL MORTGAGE BUSINESS TRUST, )<br>MID CITY MORTGAGE, LLC, FREMONT )<br>INVESTMENT & LOAN, )<br>)<br>Defendants. )<br>) | CIV. ACTION NO. 07-12067-RGS |

## **MID CITY MORTGAGE, LLC'S PROPOSED VOIR DIRE**

1. Has the value of your home or the home of any family member been impacted by foreclosures in the community?

2. Have you or any family members ever filed for bankruptcy?

3. Have you or any family members lost what you consider to be a substantial amount of money in a real estate investment?

4. Is the present value of your house or any family member's house less than the amount of the mortgage?

5. Have you ever applied for and been denied a home loan modification?

6. Does your job or the job of any family member involve the buying, selling or financing of residential properties?

10651172-v1

7.      In the last six months, have you read, seen or heard any news stories in the newspaper or on television or the radio concerning the prosecution of individuals for participation in real estate schemes or mortgage fraud?

**MID CITY MORTGAGE, LLC**

By its attorneys,

/s/ Kate Moran Carter
John R. Bauer (BBO# 630743)
Kate Moran Carter (BB# 663202)
Katherine S. Kayatta (BBO# 675487)
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900
jbauer@rc.com
cnewton@rc.com
kkayatta@rc.com

Dated:  October 1, 2010

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, Kate Moran Carter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kate Moran Carter
Kate Moran Carter