UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT SMITH and | ) | |
| MARIA DASILVA, | ) | |
|     Plaintiffs | ) | |
| | ) | **CASE NO. 1:07-CV-12067** |
| vs. | ) | |
| | ) | |
| DWIGHT JENKINS, CHERRY JENKINS, | ) | |
| DOREA SMITH, ROBERT E. KELLEY, | ) | |
| RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, | ) | |
| EB REAL ESTATE GROUP, INC., | ) | |
| DORCHESTER REAL ESTATE, INC., NEW | ) | |
| ENGLAND MERCHANTS CORP., UNION | ) | |
| CAPITAL MORTGAGE BUSINESS TRUST, | ) | |
| MID CITY MORTGAGE, LLC, FREMONT | ) | |
| INVESTMENT AND LOAN and MERITAGE | ) | |
| MORTGAGE CORPORATION | ) | |
|     Defendants | ) | |

## <u>DEFENDANT, UNION CAPITAL MORTGAGE BUSINESS TRUST'S, SUCCINCT AND NEUTRAL STATEMENT</u>

Pursuant to this Court's August 26, 2010 Order Resetting Civil Case for Jury Trial, Defendant, Union Capital Mortgage Business Trust, hereby submits the following succinct and neutral statement summarizing the claims and defenses, involving Union Capital, to be read to the jury during empanelment:

One Plaintiff in this case, Robert Smith, purchased a property located at 27 West Cottage Street in Boston, Massachusetts. The property was purchased in February of 2005. Mr. Smith defaulted on the mortgage payment on the property. This property was ultimately foreclosed on for failure to pay the mortgage. In this case, Mr. Smith alleges that at the time that he signed the purchase and sale documents for the property, he did not understand that he was purchasing real estate and did not understand that he would have to repay the money which he borrowed from the mortgage lender to purchase the property. Mr. Smith claims that Union Capital Mortgage

Business Trust recorded incorrect personal financial information on a loan application and that the lender would not have made the loan except for the incorrect information.  Mr. Smith contends that Union Capital Mortgage Business Trust conspired with co-defendant, Dwight Jenkins, and knew the personal financial information on the loan application was incorrect.

Union Capital Mortgage Business Trust denies all of Mr. Smith's claims.  Specifically, Union Capital Mortgage Business Trust denies that it knew Mr. Smith's personal financial information was incorrect on the loan application, and denies any conspiracy with any other co-defendant.  Union Capital Mortgage Business Trust submits it relied on Mr. Smith to provide correct information to Union Capital Mortgage Business Trust and relied on Mr. Smith to read the loan applications he signed when he applied for the loan, and at the closing, and reasonably expected Mr. Smith to identify any incorrect information regarding his personal finances.

The other Plaintiff in this case, Maria DaSilva, purchased a property at 10-12 Palm Place in Brockton, Massachusetts in December, 2004.  Ms. DaSilva defaulted on the mortgage payments and the property was foreclosed in December, 2005.  Ms. DaSilva understood she was buying a home and that the mortgage was in her name and she was obligated to pay the mortgage, but claims that co-defendant, Dwight Jenkins, agreed to make the payments for her, and manage the property, and then help her resell the property.  Ms. DaSilva alleges Union Capital Mortgage Business Trust conspired with co-defendant, Dwight Jenkins, to record incorrect personal financial information on her loan application and that she would not have qualified for the loan absent the incorrect information.

Union Capital Mortgage Business Trust denies all of Ms. DaSilva's claims and specifically denies that it knew Ms. DaSilva's personal financial information was incorrect on her loan application when it submitted her loan application to lenders.  Union Capital Mortgage

Business Trust also relied on Ms. DaSilva to provide correct information to Union Capital

Mortgage Business Trust and relied on Ms. DaSilva to read the loan application she signed when

she applied for the loan and when she bought the house.  Union Capital Mortgage Business Trust

reasonably expected Ms. DaSilva to identify any incorrect information regarding her personal

finances.

Respectfully submitted,


/s/ Anthony R. Brighton
Douglas A. Robertson, B.B.O. No. 552315
Anthony R. Brighton, B.B.O. No. 660193
Attorneys for Defendant, Union Capital Mortgage
Business Trust
MARTIN, MAGNUSON, MCCARTHY &
KENNEY
101 Merrimac Street
Boston, MA  02114
(617) 227-3240


## CERTIFICATE OF SERVICE

I, Anthony R. Brighton, attorney for Union Capital Mortgage Business Trust, hereby certify
that on the 1st day of October, 2010, I served a copy of the above document to all counsel of
record via electronic filing:


/s/ Anthony R. Brighton
Douglas A. Robertson, B.B.O. No. 552315
Anthony R. Brighton, B.B.O. No. 660193
Attorneys for Defendant, Union Capital Mortgage
Business Trust
MARTIN, MAGNUSON, MCCARTHY &
KENNEY
101 Merrimac Street
Boston, MA  02114
(617) 227-3240