## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO: 1:07-CV-12067**

---

**ROBERT SMITH and MARIA DASILVA**
    **Plaintiffs**

**v.**

**DWIGHT JENKINS, CHERRY JENKINS, DOREA SMITH,
ROBERT E. KELLEY, RKELLEY-LAW, P.C.
LOUIS G. BERTUCCI, EB REAL ESTATE GROUP, INC.,
DORCHESTER REAL ESTATE, INC., NEW ENGLAND
MERCHANTS CORP. UNION CAPITAL MORTGAGE
BUSINESS TRUST, MID CITY MORTGAGE, LLC.
FREMONT INVESTMENT AND LOAN and
MERITAGE MORTGAGE CORPORATION,**
    **Defendants**

---

### DEFENDANT EB REAL ESTATE GROUP, INC.'S MOTION IN LIMINE TO PRECLUDE EVIDENCE CONCERNING UNRELATED REAL ESTATE TRANSACTIONS

NOW Comes Defendant EB Real Estate Group, Inc. ("EB Real Estate") and moves *in limine* for an order precluding the Plaintiff Robert Smith ("Smith") from calling as witnesses four individuals who, like Smith, allegedly entered into straw buyer agreements with Defendant Dwight Jenkins ("Jenkins"), namely Meredith Macharia ("Macharia"), Eric Mbaya ("Mbaya"), Daniel Montrond ("Montrond"), Terrae Gethers ("Gethers") (collectively, the "Additional Straw Buyers"). The Additional Straw Buyers are plaintiffs in two Superior Court actions pending in Suffolk County in which EB Real Estate is a defendant: *Montrond, et al. v. EB Real Estate Group, Inc., Dwight Jenkins, Ella Jenkins, Cherry Jenkins, Zeus Funding LLC and Mid-City Mortgage, LLC*, Civil Action No. 06-3375-A and *Macharia, et al. v. Dwight Jenkins, Dorea Smith, Claude McClinton, EB Real Estate Group, Inc., Robert Kelley, RKelley-Law, P.C., Louis*

*G. Bertucci, Zeus Funding, LLC, Union Capital Mortgage Business Trust and New England Merchants Corp.*, Civil Action No. 06-2460-H (collectively, the "State Court Actions"). As set forth in the accompanying Memorandum of Law, this Court should preclude Smith from offering any evidence or testimony concerning these unrelated real estate transactions because: (1) such evidence is not relevant, as it is not related to the two real estate transactions which form the basis of Smith's allegations against EB Real Estate; (2) such evidence is inadmissible under the Federal Rules of Evidence; (3) such evidence is unfairly prejudicial to EB Real Estate in that there is considerable risk the jury will infer from the evidence that EB Real Estate had a propensity to defraud individuals and will require that Smith and EB Real Estate Group conduct lengthy mini-trials concerning the claims made by these additional straw buyers in the State Court Action, which will needlessly complicate and unduly lengthen the trial; and (4) this Court has previously ruled that Plaintiff Maria DaSilva will be precluded from introducing similar (and, as to Gethers, identical) evidence. See Electronic Order Granting Motion in Limine to Preclude Evidence of Other Straw Buyers Who Engaged Mid City to Procure Home Loans (Document No. 297).

        **Respectfully submitted,**
        **DEFENDANT**
        **EB REAL ESTATE GROUP, INC.,**
        **By its counsel,**

         /s/ *Elizabeth E. Feeherry*
        **Joseph A. King, BBO # 558164**
        **jking@murphyriley.com**
        **Mary A. Azzarito, BBO # 566734**
        **mazzarito@murphyriley.com**
        **Elizabeth E. Feeherry, BBO#670413**
        **efeeherry@murphyriley.com**
        **MURPHY & RILEY, P.C.**
        **141 Tremont Street**
        **Boston, MA  02111**

**Dated:  October 3, 2010** (617) 423-2700

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, if any, on October 3, 2010.

*/s/ Elizabeth E. Feeherry*_____
Elizabeth E. Feeherry