UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SMITH and MARIA DASILVA,<br><br>Plaintiffs,<br><br>v.<br><br>DWIGHT JENKINS, CHERRY JENKINS, DOREA SMITH, ROBERT E. KELLEY, R.KELLY-LAW P.C., LOUSE G. BERTUCCI, EB REAL ESTATE GROUP, INC., DORCHESTER REAL ESTATE, NEW ENGLAND MERCHANTS CORP., UNION CAPITAL MORTGAGE BUSINESS TRUST, MID CITY MORTGAGE, LLC, FREMONT INVESTMENT AND LOAN and MERITAGE MORTGAGE CORPORATION,<br><br>Defendants. | Case No. 1:07-cv-12067 RGS |

## MOTION IN LIMINE OF DEFENDANT NEW ENGLAND MERCHANTS CORP. TO PRECLUDE EVIDENCE OF MASSACHUSETTS COMMISSIONER OF BANKS' FINDINGS OF FACT, TEMPORARY RESTRAINING ORDERS AND CONSENT ORDERS AND "STIPULATION AND CONSENT ORDERS" WITH THE MASSACHUSETTS ATTORNEY GENERAL

Defendant New England Merchants Corp. ("NEMCO") hereby moves this Honorable Court in limine to preclude admission of any evidence, whether by introduction of exhibits or questions to witnesses during trial, and to bar any attorney statements during opening and closing arguments, concerning any enforcement action brought by the Commonwealth of Massachusetts Commissioner of Banks (the "Commissioner") or any civil action brought by the Commonwealth of Massachusetts Attorney General (the "AG") against NEMCO. As explained in the memorandum filed herewith, said prospective evidence is barred by F.R.E. 401-403, 404(b) and 408.

          NEW ENGLAND MERCHANTS CORP.
          By its attorney,

          /s/Michael J. Markoff
          Michael J. Markoff BBO #547590
          P.O. Box 212
          Falmouth, MA   02541
          (508) 548-5500

**CERTIFICATE OF SERVICE**

I, Michael J. Markoff, Esq., hereby certify that a true and correct copy of the foregoing document with all attachments thereto was served upon all counsel of record via this Court's CM/ECF system, or if not registered on this Court's CM/ECF system, then via first class mail postage prepaid, on this 3rd day of October, 2010.

          /s/ Michael J. Markoff, Esq.
          Michael J. Markoff, Esq.