UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and MARIA DASILVA,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DWIGHT JENKINS, CHERRY JENKINS,<br>DOREA SMITH, ROBERT E. KELLEY,<br>R.KELLY-LAW P.C., LOUSE G.<br>BERTUCCI, EB REAL ESTATE GROUP,<br>INC., DORCHESTER REAL ESTATE,<br>NEW ENGLAND MERCHANTS CORP.,<br>UNION CAPITAL MORTGAGE BUSINESS<br>TRUST, MID CITY MORTGAGE, LLC,<br>FREMONT INVESTMENT AND LOAN and<br>MERITAGE MORTGAGE CORPORATION,<br><br>　　　　　　Defendants. | **Case No. 1:07-cv-12067 RGS** |

**MOTION IN LIMINE OF DEFENDANT NEW ENGLAND MERCHANTS CORP.
("NEMCO") TO PRECLUDE PERTAINING TO RACHEL NOYES ("NOYES")
SUBSEQUENT TO HER ASSOCIATION WITH NEMCO OR CONCERNING ANY
ALLEGED MISSTATEMENT MADE BY NOYES ON ANY MORTGAGE LOAN
APPLICATION, WHERE THE APPLICANT READ AND SIGNED THE APPLICATION
AND IS NOT ALLEGED TO HAVE BEEN ILLITERATE OR OTHERWISE INCAPABLE
OF UNDERSTANDING THE ALLEGED MISREPRESENTATIONS; AND
CONSEQUENTLY, TO BAR THE TESTIMONY OF VALERIE HAYES, ALMA HARRIS,
FRANCES DARDEN, ETHEL ANDERSON AND MEREDITH MACHARIA**

　　　　Defendant New England Merchants Corp. ("NEMCO") hereby moves

this Honorable Court in limine to preclude admission of any

evidence, whether by introduction of exhibits or questions to

witnesses during trial, and to exclude any attorney statements

during opening and closing arguments, concerning the following

matters, to the extent, if any, that said evidence is not

precluded by this Honorable Court's Order granting in part and

denying in part Defendant, Dorchester Real Estate, Inc.'s Motion

to Exclude Evidence Concerning Plaintiffs' Straw Buyers:

(i)    Any actions taken by Rachel Noyes ("Noyes"), a former independent contractor of NEMCO, in or after March, 2005, when Noyes ceased having association with NEMCO;

(ii)   Any alleged misstatement made by Noyes on any mortgage loan application other than Plaintiff Robert Smith's, where the applicant read and signed the application and is not alleged to have been illiterate or otherwise incapable of understanding the alleged misrepresentations; application; and

(iii)  The testimony of Valerie Hayes, Frances Darden, Alma Harris, Ethel Anderson and Meredith Macharia

As explained in the memorandum filed herewith, said prospective evidence is barred by F.R.E. 401-403 and 404(b).

NEW ENGLAND MERCHANTS CORP.
By its attorney,


/s/Michael J. Markoff
Michael J. Markoff BBO #547590
P.O. Box 212
Falmouth, MA   02541
(508) 548-5500


## CERTIFICATE OF SERVICE

I, Michael J. Markoff, Esq., hereby certify that a true and correct copy of the foregoing document with all attachments thereto was served upon all counsel of record via this Court's CM/ECF system, or if not registered on this Court's CM/ECF system, then via first class mail postage prepaid, on this 3rd day of October, 2010.


/s/ Michael J. Markoff, Esq.
Michael J. Markoff, Esq.

2