UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SMITH and MARIA DASILVA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DWIGHT JENKINS, CHERRY JENKINS, ) <br> DOREA SMITH, ROBERT E. KELLEY, ) <br> RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, ) <br> EB REAL ESTATE GROUP, INC., ) <br> DORCHESTER REAL ESTATE, INC., NEW ) <br> ENGLAND MERCHANTS CORP., UNION ) <br> CAPITAL MORTGAGE BUSINESS TRUST, ) <br> MID CITY MORTGAGE, LLC, FREMONT ) <br> INVESTMENT & LOAN, ) <br> ) <br> Defendants. ) | CIV. ACTION NO. 07-12067-RGS |

**MID CITY MORTGAGE, LLC'S PROPOSED**
**CIVIL CONSPIRACY SPECIAL VERDICT QUESTIONS**

1.  Did Mr. Jenkins defraud Ms. DaSilva into taking out loans and purchasing the Whitman Property?

    ___  ___
    Yes  No

    If you answered "Yes," proceed to Question Number 2; if you answered "No," skip to the next claim.

2.  Did Mr. Jenkins and Mid City Mortgage have an agreement or a common design to defraud Ms. DaSilva into taking out loans and purchasing the Whitman Property?

    ___  ___
    Yes  No

    If you answered "Yes," proceed to Question Number 3; if you answered "No," skip to Question No. 4.

3.  Did Mid City Mortgage engage in a fraudulent act in concert with Mr. Jenkins or in furtherance of their agreement or common design to defraud Ms. DaSilva into taking out loans and purchasing the Whitman Property?

    ___  ___
    Yes  No

    If you answered "Yes," proceed to Question Number 7; if you answered "No," proceed to Question No. 4.

4.  Did Mid City Mortgage know that Mr. Jenkins was defrauding Ms. DaSilva into taking out loans and purchasing the Whitman Property?

    ___  ___
    Yes  No

    If you answered "Yes," proceed to Question Number 5; if you answered "No," skip to the next claim.

5.  Did Mid City Mortgage intend to substantially assist or encourage Mr. Jenkins to defraud Ms. DaSilva into taking out loans and purchasing the Whitman Property?

    ___  ___
    Yes  No

    If you answered "Yes," proceed to Question Number 6; if you answered "No," skip to the next claim.

6.  Did Mid City Mortgage give assistance or encouragement to Mr. Jenkins that was a substantial factor in causing Mr. Jenkins' defrauding Ms. DaSilva into taking out loans and purchasing the Whitman Property?

    ___  ___
    Yes  No

    If you answered "Yes," proceed to Question Number 7; if you answered "No," skip to the next claim.

7.  Did the conspiracy between Mr. Jenkins and Mid City Mortgage to defraud Ms. DaSilva into taking out loans and purchasing the Whitman Property cause Ms. DaSilva to suffer economic losses?

    ___   __
    Yes   No

    If you answered "Yes," proceed to Question Number 8; if you answered "No," skip to the next claim.

8.  What is the dollar value of the economic losses that Mr. Jenkins and Mid City Mortgage caused Ms. DaSilva to suffer by defrauding her into taking out loans and purchasing the Whitman Property.

    $_____

Go on to the next claim.

                                        **MID CITY MORTGAGE, LLC**

                                        By its attorneys,

                                        /s/ Kate Moran Carter
                                        John R. Bauer (BBO# 630743)
                                        Kate Moran Carter (BB# 663202)
                                        Katherine S. Kayatta (BBO# 675487)
                                        ROBINSON & COLE LLP
                                        One Boston Place
                                        Boston, MA  02108-4404
                                        (617) 557-5900
                                        jbauer@rc.com
                                        cnewton@rc.com
                                        kkayatta@rc.com

Dated:  October 5, 2010

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Kate Moran Carter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      /s/ Kate Moran Carter
      Kate Moran Carter