UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and ) <br> MARIA DASILVA, ) <br>    Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> DWIGHT JENKINS, CHERRY JENKINS, ) <br> DOREA SMITH, ROBERT E. KELLEY, ) <br> RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, ) <br> EB REAL ESTATE GROUP, INC., ) <br> DORCHESTER REAL ESTATE, INC., NEW ) <br> ENGLAND MERCHANTS CORP., UNION ) <br> CAPITAL MORTGAGE BUSINESS TRUST, ) <br> MID CITY MORTGAGE, LLC, SIGNATURE ) <br> GROUP HOLDINGS, INC. f/k/a FREMONT ) <br> REORGANIZING CORPORATION f/k/a ) <br> FREMONT INVESTMENT & LOAN ) <br>    Defendants | **CASE NO. 1:07-CV-12067** |

**AMENDED PROPOSED DESIGNATION OF DEFENDANT, UNION CAPITAL MORTGAGE BUSINESS TRUST, OF TESTIMONY OF DWIGHT JENKINS ON NOVEMBER 16, 2009 TO BE READ TO THE JURY**

<u>**DESIGNATED TESTIMONY BY PAGE AND LINE WITH PAGES AND LINES OF TRANSCRIPT ATTACHED AS EXHIBIT "A"**</u>

| <u>**Page**</u> | <u>**Line**</u> |
|---|---|
| Pg. 8 | Ln. 11 to Ln. 21 |
| Pg. 10 | Ln. 13 to Pg. 12, Ln. 4 |
| Pg. 18 | Ln. 13 to Pg. 19, Ln. 18 |
| Pg. 19 | Ln. 23 to Pg. 20, Ln. 16 |
| Pg. 22 | Ln. 24 to Pg. 23, Ln. 8 |
| Pg. 23 | Ln. 17 to Pg. 24, Ln. 22 |
| Pg. 54 | Ln. 22 to Pg. 55, Ln. 14 |

Pg. 56         Ln. 17 to Ln. 19

Pg. 79         Ln. 22 to Pg. 80, Ln. 2

Pg. 95         Ln. 11 to Pg. 96, Ln. 12

Pg. 199        Ln. 6 to Ln. 19.

    If others want to include other portions, please identify those portions so we can compile a joint submission in compliance with Paragraph No. 3 of the Pre-Trial Order.

        Respectfully submitted,

        /s/ Douglas A. Robertson
        Douglas A. Robertson, B.B.O. No. 552315
        Anthony R. Brighton, B.B.O. No. 660193
        Attorneys for Defendant, Union Capital Mortgage Business Trust
        MARTIN, MAGNUSON, MCCARTHY & KENNEY
        101 Merrimac Street
        Boston, MA  02114
        (617) 227-3240
        Drobertson@mmmk.com