UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT SMITH and MARIA DASILVA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIV. ACTION NO. 07-12067-RGS |
| DWIGHT JENKINS, CHERRY JENKINS, DOREA SMITH, ROBERT E. KELLEY, RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, EB REAL ESTATE GROUP, INC., DORCHESTER REAL ESTATE, INC., NEW ENGLAND MERCHANTS CORP., UNION CAPITAL MORTGAGE BUSINESS TRUST, MID CITY MORTGAGE, LLC, FREMONT INVESTMENT & LOAN, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS'[1] PROPOSED SUCCINCT AND NEUTRAL
STATEMENT OF THE CASE**

The two plaintiffs, Robert Smith and Maria DaSilva, separately entered into agreements with defendant Dwight Jenkins. Mr. Smith and Ms. DaSilva each promised to take out home loans and purchase residential homes that Mr. Jenkins selected for them. In exchange, Mr. Jenkins promised to make the plaintiffs' monthly mortgage payments, maintain the properties they purchased, collect rents from any tenants in those properties and ultimately sell the properties. Mr. Jenkins further promised that at each closing of a property purchased by a plaintiff, he would pay that plaintiff $10,000, and that he would pay that plaintiff another $10,000 when he sold the property.

---

[1] The following defendants join in this proposed, succinct and neutral statement of the case: Dwight Jenkins, Cherry Jenkins, Dorea Smith, Robert E. Kelley, RKelley-Law, P.C., Louis G. Bertucci, EB Real Estate Group, Inc., Dorchester Real Estate Group, Inc., New England Merchants, Corp., Mid City Mortgage, LLC and Fremont Investment & Loan. Defendant Union Capital Mortgage Business Trust previously filed its separate succinct and neutral statement of the case.

10651115-v1

Pursuant to the terms of their agreements with Mr. Jenkins, Mr. Smith and Ms. DaSilva each purchased two properties. As promised, Mr. Jenkins paid Mr. Smith and Ms. DaSilva $10,000 at each of their closings. However, after making some of the plaintiffs' mortgage payments, Jenkins stopped making payments and eventually all four of the plaintiffs' properties were foreclosed on by banks.

Mr. Smith and Ms. DaSilva have sued several parties in this lawsuit. The defendants are Dwight Jenkins and two of his family members, a real estate closing attorney and the law firm for which he worked, two real estate brokerage companies, three mortgage brokerage companies and one bank.

Mr. Smith purchased one property in Dighton, Massachusetts and one property in Boston, Massachusetts. Mr. Smith alleges that when he signed the purchase and sale documents for these two properties, he did not understand that he was purchasing real estate and did not understand that he would have to repay the money which he borrowed from mortgage lenders to purchase the two properties. Mr. Smith alleges that certain defendants breached promises and duties that Mr. Smith alleges the defendants owed to him. Mr. Smith also alleges that certain defendants conspired with Mr. Jenkins to defraud Mr. Smith in connection with his purchase of one or both of the subject properties in Dighton and Boston. The defendants deny all of the claims alleged by Mr. Smith.

Ms. DaSilva alleges that Mr. Jenkins breached promises he made to her and breached certain duties that she alleges he owed to her. Ms. DaSilva also alleges that defendant Union Capital Mortgage Business, a mortgage broker, conspired with Mr. Jenkins to defraud her in connection with her purchase of a property in Brockton,

Massachusetts, and that defendant Mid City Mortgage, LLC, another mortgage broker, conspired with Mr. Jenkins to defraud her in connection with her purchase of a property in Whitman, Massachusetts.  The defendants deny all of the claims asserted by Ms. DaSilva.

**Mid City Mortgage, LLC**

By its attorneys,

/s/   John R. Bauer
John R. Bauer (BBO# 630743)
Kate Moran Carter (BBO# 663202)
Katherine S. Kayatta (BBO#675487)
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900
jbauer@rc.com
cnewton@rc.com
kkayatta@rc.com

**EB Real Estate Group, Inc.**

By its attorneys,

/s/   Joseph A. King
Joseph A. King (BBO#558164)
Mary A. Azzarito (BBO# 566734)
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA  02111
(617) 423-3700
jking@murphyriley.com
mazzarito@murphyriley.com

**Signature Group Holdings, Inc.,**

By its attorneys,

/s/   J. Patrick Kennedy
Donn A. Randall (BBO# 631590)
J. Patrick Kennedy (BBO# 565778)
BULKLEY, RICHARDSON AND GELINAS,  LLP
98 North Washington Street, Suite 500
Post Office Box 9750
Boston, MA  02114-0016
(617) 368-2500
pkennedy@bulkley.com

**New England Merchants Corp.**

By its attorneys,

/s/   Michael J. Markoff
Michael J. Markoff (BBO# 547590)
P.O. Box 212
Falmouth, MA  02541
(508) 548-5500
mmarkoff@verizon.net

| | |
|---|---|
| **Dorchester Real Estate, Inc.** | **Louis G. Bertucci,** |
| By its attorneys, | By his attorneys, |
| /s/   Jay S. Gregory<br>Jay S. Gregory (BBO# 546708)<br>Thomas K. McCraw, Jr. (BBO# 659480)<br>LECLAIRRYAN, A PROFESSIONAL CORPORATION<br>One International Place, 11th Floor<br>Boston, MA  02110<br>(617) 502-8200<br>jay.gregory@leclairryan.com<br>thomas.mccraw@leclairryan.com | /s/  Christopher J. Fein<br>Christopher J. Fein<br>Fein Law Office, P.C. (BBO# 654403)<br>25 Braintree Hill Office Park - Suite 403<br>Braintree, Massachusetts 02184<br>(781) 356-5555<br>cjfein@feinlawoffice.com |
| **Robert E. Kelley &**<br>**RKelley-Law, P.C.** | **Dwight Jenkins, Cherry Jenkins, Dorea Dorea Smith,** |
| By his attorney, | By their attorney, |
| /s/ James F. McLaughlin<br>James F. McLaughlin (BBO# 556095)<br>McLaughlin & McLaughlin, P.C.<br>1135 North Main Street<br>Brockton, MA 02301<br>(508) 588-4596<br>jaymclaughlin@mclaughlinlawgroup.com | /s/ Geoffrey A. Domenico<br>Geoffrey A. Domenic, Esq. (BBO# 128360)<br>Piscitelli, Domenico & Murphy LLP<br>171 Washington Street<br>North Easton, MA 02356<br>(508) 230-8777<br>gdomenico@pdm-law.com |

Dated: October 5, 2010