UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT SMITH and | ) | |
| MARIA DASILVA, | ) | |
|     Plaintiffs | ) | |
| | ) | **CASE NO. 1:07-CV-12067** |
| vs. | ) | |
| | ) | |
| DWIGHT JENKINS, CHERRY JENKINS, | ) | |
| DOREA SMITH, ROBERT E. KELLEY, | ) | |
| RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, | ) | |
| EB REAL ESTATE GROUP, INC., | ) | |
| DORCHESTER REAL ESTATE, INC., NEW | ) | |
| ENGLAND MERCHANTS CORP., UNION | ) | |
| CAPITAL MORTGAGE BUSINESS TRUST, | ) | |
| MID CITY MORTGAGE, LLC, SIGNATURE | ) | |
| GROUP HOLDINGS, INC. f/k/a FREMONT | ) | |
| REORGANIZING CORPORATION f/k/a | ) | |
| FREMONT INVESTMENT & LOAN | ) | |
|     Defendants | ) | |

## UNION CAPITAL'S WITNESS LIST

1.    John Richman
      1137 North Main Street
      Randolph, MA 02368

2.    George Fabrizio
      1137 North Main Street
      Randolph, MA 02368

3.    Louis G. Bertucci
      52 Standish Avenue
      Quincy, MA 02170

/s/ Douglas A. Robertson_____
Douglas A. Robertson, BBO No. 552315
Attorney for Defendant,
   Union Capital Mortgage Business Trust
MARTIN, MAGNUSON, MCCARTHY &
   KENNEY
101 Merrimac Street
Boston, MA  02114
(617) 227-3240

### *CERTIFICATE OF SERVICE*

I, Douglas A. Robertson, attorney for Union Capital Mortgage Business Trust, hereby certify that on the 5th day of October, 2010, I served a copy of the above document to all counsel of record via electronic filing:

/s/ Douglas A. Robertson _____
Douglas A. Robertson, B.B.O. No. 552315
Anthony R. Brighton, B.B.O. No. 660193
Attorneys for Defendant, Union Capital Mortgage
Business Trust
MARTIN, MAGNUSON, MCCARTHY &
KENNEY
101 Merrimac Street
Boston, MA  02114
(617) 227-3240