UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and<br>MARIA DASILVA,<br>    Plaintiffs<br><br>vs.<br><br>DWIGHT JENKINS, CHERRY JENKINS,<br>DOREA SMITH, ROBERT E. KELLEY,<br>RKELLEY-LAW, P.C., LOUIS G. BERTUCCI,<br>EB REAL ESTATE GROUP, INC.,<br>DORCHESTER REAL ESTATE, INC., NEW<br>ENGLAND MERCHANTS CORP., UNION<br>CAPITAL MORTGAGE BUSINESS TRUST,<br>MID CITY MORTGAGE, LLC, FREMONT<br>INVESTMENT AND LOAN and MERITAGE<br>MORTGAGE CORPORATION<br>    Defendants | )<br>)<br>)<br>)<br>)   **CASE NO. 1:07-CV-12067**<br>)<br>)<br>)   **STIPULATED FACTS PROPOSED**<br>)   **BY DEFENDANT, UNION CAPITAL**<br>)   **MORTGAGE BUSINESS**<br>)   **TRUST**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1. Ms. Maria DaSilva signed a loan application on December 3, 2004 to buy the 10-12 Palm Place property in Brockton, MA.

2. Ms. DaSilva signed another loan application on December 30, 2004, at the closing for 10-12 Palm Place property in Brockton, MA.

3. Mr. Robert Smith signed a loan application on February 8, 2005 to buy the 27 West Cottage Street property in Boston, MA.

4. Mr. Smith signed another loan application on February 28, 2005, at the closing for the 27 West Cottage Street property in Boston, MA.

5. Ms. DaSilva agrees she was able to read and write English when she signed the loan applications.

6. Mr. Smith agrees he did not indicate to anyone any difficulty reading or writing English when he signed the loan applications.

7. Mr. Smith agrees he never spoke with anyone from Union Capital.

8. Ms. DaSilva agrees she never spoke with anyone from Union Capital.

9. Mr. Smith agrees he received $10,000.00 for buying the 27 West Cottage Street property.

10. Ms. DaSilva agrees she received $10,000.00 for buying the 10-12 Palm Place property.

11. Mr. Smith agrees he got to keep his $10,000.00.

12. Ms. DaSilva agrees she got to keep her $10,000.00.

13. Mr. Smith agrees he did not make any mortgage payments for the 27 West Cottage Street property.

14. Ms. DaSilva agrees she did not make any mortgage payments for the 10-12 Palm Place property.

15. Mr. Smith agrees no lawsuit was ever filed against him for his purchase of 27 West Cottage Street property.

16. Ms. DaSilva agrees no lawsuit was ever filed against her for her purchase of 10-12 Palm Place property.

Respectfully submitted,

/s/ Douglas A. Robertson
Douglas A. Robertson, B.B.O. No. 552315
Anthony R. Brighton, B.B.O. No. 660193
Attorneys for Defendant, Union Capital Mortgage Business Trust
MARTIN, MAGNUSON, MCCARTHY & KENNEY
101 Merrimac Street
Boston, MA 02114
(617) 227-3240

## *CERTIFICATE OF SERVICE*

    I, Douglas A. Robertson, attorney for Union Capital Mortgage Business Trust, hereby certify that on the 5th day of October, 2010, I served a copy of the above document to all counsel of record via electronic filing:

    /s/ Douglas A. Robertson_____
    Douglas A. Robertson, B.B.O. No. 552315
    Anthony R. Brighton, B.B.O. No. 660193
    Attorneys for Defendant, Union Capital Mortgage Business Trust
    MARTIN, MAGNUSON, MCCARTHY & KENNEY
    101 Merrimac Street
    Boston, MA  02114
    (617) 227-3240