UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and <br> MARIA DASILVA, <br>     Plaintiffs <br><br> vs. <br><br> DWIGHT JENKINS, CHERRY JENKINS, <br> DOREA SMITH, ROBERT E. KELLEY, <br> RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, <br> EB REAL ESTATE GROUP, INC., <br> DORCHESTER REAL ESTATE, INC., NEW <br> ENGLAND MERCHANTS CORP., UNION <br> CAPITAL MORTGAGE BUSINESS TRUST, <br> MID CITY MORTGAGE, LLC, SIGNATURE <br> GROUP HOLDINGS, INC. f/k/a FREMONT <br> REORGANIZING CORPORATION f/k/a <br> FREMONT INVESTMENT & LOAN <br>     Defendants | ) <br> ) <br> ) <br> )    **CASE NO. 1:07-CV-12067** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## UNION CAPITAL'S PROPOSED FRAUD SPECIAL VERDICT QUESTIONS AS TO ROBERT SMITH – BOSTON PROPERTY

Q. 1   Did Union Capital Mortgage Business Trust make a false representation of a material fact with respect to Mr. Smith's purchase of the Boston Property?

A. 1                                                             YES _____   NO _____

If you answered "Yes" proceed to Question No. 2; if you answered "No", go on to the next set of special questions.

Q. 2   Did Union Capital know that the representation of fact was false when it made the representation?

A. 2                                                             YES _____   NO _____

If you answered "Yes" proceed to Question No. 3; if you answered "No", go on to the next set of special questions.

Q. 3   Did Union Capital Mortgage Business Trust make a false representation of fact with the intent Mr. Smith would rely on the fact?

A. 3                                                         YES _____    NO _____

If you answered "Yes" proceed to Question No. 4; if you answered "No", go on to the next set of special questions.

Q. 4   Did Mr. Smith rely on any false representation of fact made by Union Capital?

A. 4                                                         YES _____    NO _____

If you answered "Yes" proceed to Question No. 5; if you answered "No", go on to the next set of special questions.

Q. 5   Did Mr. Smith act to his detriment in relying on any false representation of fact made by Union Capital?

A. 5                                                         YES _____    NO _____

If you answered "Yes" proceed to Question No. 6; if you answered "No", go on to the next set of special questions.

Q. 6   Did Mr. Smith reasonably rely on any false representation of fact made by Union Capital?

A. 6                                                         YES _____    NO _____

If you answered "Yes" proceed to Question No. 7; if you answered "No", go on to the next set of special questions.

Q. 7   Did Union Capital Business Trust reasonably expect Mr. Smith understood the truth or falsity of any false representation of fact made by Union Capital?

A. 7                                                         YES _____    NO _____

      If you answered "Yes" proceed to Question No. 8; if you answered "No", go on to the next set of special questions.

Q. 8    Did any false representation of fact by Union Capital Mortgage Business Trust proximately cause Mr. Smith to suffer economic loss?

A. 8                        YES \_\_\_\_\_    NO \_\_\_\_\_

      If you answered "Yes" proceed to Question No. 9; if you answered "No", go on to the next set of special questions.

Q. 9    What is the dollar value of any economic loss that Mr. Smith suffered due to any false representation of fact by Union Capital Mortgage Business Trust?

A. 9    Please write the amount of money in both words and numbers

                                  _____ DOLLARS
                                  (In words)

                                  _____ DOLLARS
                                  (In numbers)

Go on to the next claim.

DATED: _____                _____
                                                        Foreperson

      I hereby certify that each of these questions was answered by at least _____ (  ) jurors.

## *CERTIFICATE OF SERVICE*

      I, Douglas A. Robertson, attorney for Union Capital Mortgage Business Trust, hereby certify that on the 5th day of October, 2010, I served a copy of the above document to all counsel of record via electronic filing:

      /s/ Douglas A. Robertson _____
      Douglas A. Robertson, B.B.O. No. 552315
      Anthony R. Brighton, B.B.O. No. 660193
      Attorneys for Defendant, Union Capital Mortgage Business Trust
      MARTIN, MAGNUSON, MCCARTHY & KENNEY
      101 Merrimac Street
      Boston, MA  02114
      (617) 227-3240