UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and MARIA DASILVA<br>　　　　Plaintiffs<br><br>v.<br><br>DWIGHT JENKINS, CHERRY JENKINS,<br>DOREA SMITH, ROBERT E. KELLEY,<br>RKELLEY-LAW, P.C., LOUIS G. BERTUCCI,<br>EB REAL ESTATE GROUP, INC.,<br>DORCHESTER REAL ESTATE, INC.,<br>NEW ENGLAND MERCHANTS CORP.,<br>UNION CAPITAL MORTGAGE BUSINESS<br>TRUST, MID CITY MORTGAGE, LLC,<br>FREEMONT INVESTMENT AND LOAN and<br>MERITAGE MORTGAGE CORPORATION,<br>　　　　Defendants. | Case No. 1:07-cv-12067-RSG |

**DEPOSITION DESIGNATIONS OF DEFENDANT EB REAL ESTATE GROUP, INC. TO BE USED AT TRIAL**

Pursuant to Paragraph 3 of the Court's August 26, 2010 Order Resetting Civil Case for Jury Trial, Defendant EB Real Estate Group, Inc. ("EB") hereby primarily identifies the following portions of the Deposition Transcript that EB intends to offer at trial:

1. Deposition of Dwight Jenkins, conducted on November 16, 2009.

   | | | |
   |---|---|---|
   | Page 8 | – | Line 11 through Line 18 |
   | Page 23 | – | Line 17 through Line 19 |
   | Page 24 | – | Line 5 through Line 24 |
   | Page 25 | – | Line 1 through Line 12; Line 16 through Line 24 |
   | Page 26 | – | Line 1 through Line 5; Line 16 through Line 24 |
   | Page 27 | – | Line 7 through Line 10 |

  Page 58  –  Line 13 through Page 60, Line 8

  Page 61  –  Line 6 through Line 16

Defendant Mid-City Mortgage: Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b).

  Page 62  –  Line 15 through Page 64 Line 22

  Page 65  –  Line 20 through Line 23

  Page 66  –  Line 24 through Page 67, Line 3

  Page 174  –  Line 7 through Page 175, Line 14

  Page 183  –  Line 5 through Line 11

  Page 199  –  Line 6 through Line 11

  Page 201  –  Line 22 through Page 203, Line 13

2. Defendant EB reserves the right to adopt the designations by any other party to these proceedings.

The above designations were circulated to counsel for all parties on or about September 22, 2010 and, to date, all objections that have been received are noted herein.

          **DEFENDANT**

          **EB REAL ESTATE GROUP, INC.**
          **BY ITS ATTORNEYS,**


          */s/ Joseph A. King*
          **Joseph A. King, BBO # 558164**
          **jking@murphyriley.com**
          **Mary A. Azzarito, BBO # 566734**
          **mazzarito@murphyriley.com**
          **MURPHY & RILEY, P.C.**
          **141 Tremont Street**
          **Boston, MA  02111**
          **(617) 423-3700**

**DATED:  October 5, 2010**

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, if any, on October 5, 2010.

*/s/ Joseph A. King, Esq.*
Joseph A. King