UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and ) <br> MARIA DASILVA, ) <br>     Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> DWIGHT JENKINS, CHERRY JENKINS, ) <br> DOREA SMITH, ROBERT E. KELLEY, ) <br> RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, ) <br> EB REAL ESTATE GROUP, INC., ) <br> DORCHESTER REAL ESTATE, INC., NEW ) <br> ENGLAND MERCHANTS CORP., UNION ) <br> CAPITAL MORTGAGE BUSINESS TRUST, ) <br> MID CITY MORTGAGE, LLC, SIGNATURE ) <br> GROUP HOLDINGS, INC. f/k/a FREMONT ) <br> REORGANIZING CORPORATION f/k/a ) <br> FREMONT INVESTMENT & LOAN ) <br>     Defendants | **CASE NO. 1:07-CV-12067** |

## UNION CAPITAL'S PROPOSED BREACH OF FIDUCIARY DUTY
## SPECIAL VERDICT QUESTIONS AS TO ROBERT SMITH- BOSTON PROPERTY

Q. 1   Did Mr. Smith place any trust in any false representations by Union Capital Mortgage Business Trust when he purchased the Boston Property?

A. 1                                                                 YES _____   NO _____

If you answered "Yes" proceed to Question No. 2; if you answered "No", go on to the next set of special questions.

Q. 2   Did Union Capital Mortgage Business Trust have any knowledge Mr. Smith was placing any trust in any false representation by Union Capital Mortgage Business Trust when he purchased the Boston Property?

A. 2                                                                 YES _____   NO _____

If you answered "Yes" proceed to Question No. 3; if you answered "No", go on to the next set of special questions.

Q. 3    Did Mr. Smith indicate to Union Capital Mortgage Business Trust that he had any difficulty reading or understanding any information on any loan application prepared by Union Capital Mortgage Business Trust for Mr. Smith's purchase of the Boston Property?

A. 3                                                      YES _____    NO _____

If you answered "Yes" proceed to Question No. 4; if you answered "No", go on to the next set of special questions.


Q. 4    Did Union Capital Mortgage Business Trust have knowledge that Mr. Smith had any difficulty reading or understanding any information on any loan application prepared by Union Capital Mortgage Business Trust for Mr. Smith's purchase of the Boston Property?

A. 4                                                      YES _____    NO _____

If you answered "Yes" proceed to Question No. 5; if you answered "No", go on to the next set of special questions.


Q. 5    Did Union Capital Mortgage Business Trust reasonably rely on Mr. Smith's ability to confirm the accuracy of his financial, employment and housing information as contained in the loan applications Mr. Smith signed for his purchase of the Boston Property?

A. 5                                                      YES _____    NO _____

If you answered "Yes" proceed to Question No. 6; if you answered "No", go on to the next set of special questions.


Q. 6    Did any breach of fiduciary duty by Union Capital Mortgage Business Trust proximately cause Mr. Smith to suffer economic loss by his purchase of the Boston property?

A. 6                                     YES _____    NO _____

If you answered "Yes" proceed to Question No. 7; if you answered "No", go on to the next set of special questions.

2

Q. 8  What is the dollar value of any economic loss Mr. Smith suffered when he purchased the Boston Property, proximately caused by any fiduciary breach by Union Capital Mortgage Business Trust?

A. 8  Please write the amount of money in both words and numbers

                                                                  _____ DOLLARS
                                                                  (In words)

                                                                  _____ DOLLARS
                                                                  (In numbers)

Go on to the next claim.

DATED: _____                    _____
                                                                                  Foreperson

      I hereby certify that each of these questions was answered by at least _____ (  ) jurors.

## *CERTIFICATE OF SERVICE*

      I, Douglas A. Robertson, attorney for Union Capital Mortgage Business Trust, hereby certify that on the 5th day of October, 2010, I served a copy of the above document to all counsel of record via electronic filing:

          /s/ Douglas A. Robertson _____
          Douglas A. Robertson, B.B.O. No. 552315
          Anthony R. Brighton, B.B.O. No. 660193
          Attorneys for Defendant, Union Capital Mortgage Business Trust
          MARTIN, MAGNUSON, MCCARTHY & KENNEY
          101 Merrimac Street
          Boston, MA  02114
          (617) 227-3240