UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and MARIA DASILVA,<br><br>                Plaintiffs,<br><br>v.<br><br>DWIGHT JENKINS, CHERRY JENKINS, DOREA SMITH, ROBERT E. KELLEY, R.KELLY-LAW P.C., LOUSE G. BERTUCCI, EB REAL ESTATE GROUP, INC., DORCHESTER REAL ESTATE, NEW ENGLAND MERCHANTS CORP., UNION CAPITAL MORTGAGE BUSINESS TRUST, MID CITY MORTGAGE, LLC, FREEMONT INVESTMENT AND LOAN and MERITAGE MORTGAGE CORPORATION,<br><br>                Defendants. | **Case No. 1:07-cv-12067 RGS** |

Pursuant to the Order Setting Civil Case for Jury Trial, Defendant New England Merchants Corp. hereby identifies the following witness it may call at trial:

    1.    Philip Goduti, President, New England Merchants Corp.

New England Merchants Corp. reserves the right to call any witness identified by any other party.

                                      NEW ENGLAND MERCHANTS CORP.,
                                      By its attorney,

                                      _____
                                      Michael J. Markoff BBO #547590
                                      P.O. Box 212
                                      Falmouth, MA   02541
                                      (508) 548-5500

## CERTIFICATE OF SERVICE

    I hereby certify that on October 5, 2010 I served a true and correct copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system, or if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid.

                                                              Michael J. Markoff