UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and MARIA DASILVA, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> DWIGHT JENKINS, CHERRY JENKINS, ) <br> DOREA SMITH, ROBERT F. KELLEY, ) <br> R.KELLY-LAW P.C., LOUSE G. ) <br> BERTUCCI, EB REAL ESTATE GROUP, ) <br> INC., DORCHESTER REAL ESTATE, ) <br> NEW ENGLAND MERCHANTS CORP., ) <br> UNION CAPITAL MORTGAGE BUSINESS ) <br> TRUST, MID CITY MORTGAGE, LLC, ) <br> FREEMONT INVESTMENT AND LOAN and ) <br> MERITAGE MORTGAGE CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | **Case No. 1:07-cv-12067 RGS** <br><br> **NOTICE OF DEPOSITION DESIGNATIONS MADE BY DEFENDANT NEW ENGLAND MERCHANTS CORP.** |

Pursuant to the Order Setting Civil Case for Jury Trial entered Aug. 26, 2010, Defendant New England Merchants' Corp. ("NEMCO") hereby designates the following deposition testimony to be offered at trial:

<u>Deposition of Dwight Jenkins taken Nov. 16, 2009</u>:

Page 81 line 22 to Page 81, line 24

Page 97, line 21 to Page 98, line 2 and so much of page 97, lines 17-18, if necessary, to make clear that the word "their" on page 97, line 21 refers to New England Merchants Corp. (misidentified as New England Merchants Company).

**Defendant Mid City Mortgage LLC has provided notice of the following objection:**

   97: 17-18: objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b).

NEW ENGLAND MERCHANTS CORP.,
Defendant,
By its attorney,

/s/ Michael J. Markoff
Michael J. Markoff BBO #547590
P.O. Box 212
Falmouth, MA 02541
(508) 548-5500

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2010 I served a true and correct copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system, or if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid.

                                    _____
                                    Michael J. Markoff