UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SMITH and MARIA DASILVA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 07-12067-RGS |
| ) | |
| DWIGHT JENKINS, CHERRY JENKINS, ) | |
| DOREA SMITH, ROBERT E. KELLEY, ) | |
| RKELLEY-LAW, P.C., LOUIS G. ) | |
| BERTUCCI, EB REAL ESTATE GROUP, ) | |
| INC., DORCHESTER REAL ESTATE, ) | |
| INC., NEW ENGLAND MERCHANTS ) | |
| CORP., UNION CAPITAL MORTGAGE ) | |
| BUSINESS TRUST, MID CITY ) | |
| MORTGAGE, LLC, FREMONT ) | |
| INVESTMENT & LOAN and MERITAGE ) | |
| MORTGAGE CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**PROPOSED SPECIAL VERDICT QUESTION FORM OF
<u>DEFENDANT SIGNATURE GROUP HOLDINGS, INC.</u>**

Pursuant to the Court's August 26, 2010 Order Resetting Civil Case for Jury Trial, defendant Signature Group Holdings, Inc. f/k/a Fremont Reorganizing Corporation f/k/a Fremont Investment & Loan ("Signature") hereby submits the following Proposed Special Verdict Question Form, as required by Item 9(B) of the August 26 Order:[1]

---

[1] Plaintiff Robert Smith has only two claims pending against Signature for trial in this action: breach of contract/covenant of good faith and fair dealing and a violation of M.G.L. c. 93A, Section 9 ("Chapter 93A"). <u>See</u> Memorandum and Order on Defendants' Motions for Summary Judgment (June 18, 2010) at 22-23 & 26; Docket No. 259. Pursuant to the Court's Summary Judgment Order, plaintiffs' Chapter 93A claims are "equitable" in nature and are therefore "reserved for the court." <u>Id.</u> at 26. Thus, Signature has not submitted any proposed jury instructions or special verdict questions addressing the Chapter 93A claim.

## Special Verdict Form for Plaintiff Robert Smith's
## Breach of Contract Claim Against Signature

1. Do you find that plaintiff Robert Smith and defendant Signature Group Holdings, Inc. f/k/a Fremont Investment and Loan entered into an enforceable contract that Fremont had an obligation to make only responsible mortgage loans and to decline to make a mortgage loan to Mr. Smith that had an obvious risk of default?

   Yes ____ No ____

   If you answered NO, stop here and sign the verdict form.  If you answered YES, proceed to question 2.


2. Do you find that Signature/Fremont breached its contract with Mr. Smith?

   Yes ____ No ____

   If you answered NO, stop here and sign the verdict form.  If you answered YES, proceed to question 3.


3. Do you find that and that any such breach of contract by Signature/Fremont was excused?

   Yes ____ No ____

   If you answered YES, stop here and sign the verdict form.  If you answered NO, proceed to question 4.


4. Do you find that Signature/Fremont's breach of contract directly resulted in monetary damages suffered by Mr. Smith?

   Yes ____ No ____

   If you answered NO, stop here and sign the verdict form.  If you answered YES, proceed to question 4.


5. How much money expressed in terms of dollars and cents do you find would adequately compensate Mr. Smith for Signature/Fremont's breach of contract?

   _____


[JUROR SIGNATURES]

SIGNATURE GROUP HOLDINGS, INC.
f/k/a FREMONT REORGANIZING CORP.
f/k/a FREMONT INVESTMENT & LOAN,
By its Attorneys,


   */s/ J. Patrick Kennedy*
Donn A. Randall, BBO# 631590
J. Patrick Kennedy, BBO# 565778
Bulkley, Richardson and Gelinas, LLP
98 North Washington Street, Suite 500
Post Office Box 9750
Boston, Massachusetts  02114-0016
(617) 368-2500
Email: pkennedy@bulkley.com

Dated:  October 5, 2010

## CERTIFICATE OF SERVICE

I, J. Patrick Kennedy, hereby certify that a true and correct copy of the foregoing document was served on all parties or counsel of record via this Court's CM/ECF electronic filing system or, if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on this 5th day of October, 2010.

   */s/ J. Patrick Kennedy*
   J. Patrick Kennedy

1013230-1