UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and <br> MARIA DASILVA, <br>      Plaintiffs, <br><br> vs. <br><br> DWIGHT JENKINS, CHERRY JENKINS, <br> DOREA SMITH, ROBERT E. KELLEY, <br> RKELLEY-LAW, P.C., LOUIS G. <br> BERTUCCI, EB REAL ESTATE GROUP, <br> INC., DORCHESTER REAL ESTATE, INC., <br> NEW ENGLAND MERCHANTS CORP., <br> KELLEY MORTGAGE BUSINESS TRUST, <br> MID CITY MORTGAGE, LLC, FREEMONT <br> INVESTMENT AND LOAN and <br> MERITAGE MORTGAGE CORPORATION <br>      Defendants, | Case No. 1:07-cv-12067 |

## DEFENDANTS' ROBERT E. KELLEY AND RKELLEY-LAW, P.C. (COLLECTIVELY "KELLEY"), WITNESS LIST

Kelley intends to call on or more of the following witnesses at the trial of this matter: Robert E. Kelley 150 Wood Rd., Braintree, MA 02184 MA. INC -Boston, MA.

Kelley reserves the right to adopt the witness list of any other parties to these proceedings and Kelley reserves the right to supplement or amend this witness list as appropriate.

Respectfully submitted,
Robert E. Kelley & RKelley-Law, P.C.
By his attorney,


/s/ *James F. McLaughlin*

James F. McLaughlin
McLaughlin & McLaughlin, P.C.
BBO# 556095
1135 North Main Street
Brockton, MA 02301
(508) 588-4596
jaymclaughlin@mclaughlinlawgroup.com

Dated:  October 5, 2010


### CERTIFICATE OF SERVICE

I, James F. McLaughlin, hereby certify that a true and correct copy of the foregoing
**Witness List** was served on all parties or counsel of record via this Court's CM/ECF
electronic filing system or, if not registered on this Court's CM/ECF system, then via first
class mail, postage prepaid, on this 5th day  of October 2010.


/s/James F. McLaughlin

The following document has not been transmitted. Try to retransmit the rest of pages.

(TUE) OCT  5 2010  4:11

P. 1

| User Name | : | | DOCUMENT# | : | 7500000-328 |
| DESTINATION | : | jay | TIME STORED | : | OCT  5  4:08 |
| ADDRESS | : | 192.168.1.99 | TX START | : | OCT  5  4:11 |
| | | | DURATION | : | 2sec |
| | | | MODE | : | SMB |

| PAGES | : | 0page |
| RESULT | : | E00908 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT SMITH and
MARIA DASILVA,
        Plaintiffs,

vs.

DWIGHT JENKINS, CHERRY JENKINS,
DOREA SMITH, ROBERT E. KELLEY,
RKELLEY-LAW, P.C., LOUIS G.
BERTUCCI, EB REAL ESTATE GROUP,
INC., DORCHESTER REAL ESTATE, INC.,
NEW ENGLAND MERCHANTS CORP.,

Case No. 1:07-cv-12067