UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SMITH and MARIA DASILVA,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>DWIGHT JENKINS, CHERRY JENKINS,  )<br>DOREA SMITH, ROBERT E. KELLEY,  )<br>RKELLEY-LAW, P.C., LOUIS G. BERTUCCI,  )<br>EB REAL ESTATE GROUP, INC.,  )<br>DORCHESTER REAL ESTATE, INC., NEW  )<br>ENGLAND MERCHANTS CORP., UNION  )<br>CAPITAL MORTGAGE BUSINESS TRUST,  )<br>MID CITY MORTGAGE, LLC, FREMONT  )<br>INVESTMENT & LOAN and MERITAGE  )<br>MORTGAGE CORPORATION,  )<br>)<br>Defendants.  )<br>) | CIV. ACTION NO. 07-12067-RGS |

**MID CITY MORTGAGE, LLC'S DESIGNATIONS
OF DEPOSITION TESTIMONY TO BE OFFERED AT TRIAL**

Pursuant to Paragraph 3 of the Court's Amended Order Setting Civil Case for Jury Trial, Defendant Mid City Mortgage, LLC ("Mid City") hereby identifies the following portions of the transcript of the Deposition of Dwight Jenkins, dated November 16, 2009, that Mid City intends to offer at trial:

| MID CITY DESIGNATIONS | OBJECTIONS |
|---|---|
| Page 85, line 4 through page 87, line 19 |  |
| Page 207, line 21 through line 24 |  |

MID CITY MORTGAGE, LLC

By its attorneys,

/s/ Kate Moran Carter
John R. Bauer (BBO# 630743)
Kate Moran Carter (BB# 663202)
Katherine S. Kayatta (BBO# 675487)
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900
jbauer@rc.com
cnewton@rc.com
kkayatta@rc.com

Dated:  October 5, 2010

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Kate Moran Carter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kate Moran Carter
Kate Moran Carter