UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SMITH and<br>MARIA DASILVA,<br><br>    Plaintiffs,<br><br>v.<br><br>DWIGHT JENKINS;<br>CHERRY JENKINS; DOREA SMITH;<br>ROBERT E. KELLEY;<br>RKELLEY-LAW, P.C.; LOUIS G.<br>BERTUCCI; EB REAL ESTATE GROUP<br>INC.; DORCHESTER REALESTATE,<br>INC.; NEW ENGLAND MERCHANTS<br>CORP.; UNION CAPITAL MORTGAGE<br>BUSINESS TRUST; MID CITY<br>MORTGAGE, LLC; MERITAGE<br>MORTGAGE CORPORATION,<br><br>    Defendants. | Civil Action No. 1:07-12067-RGS |

## DEFENDANT, DORCHESTER REAL ESTATE, INC.'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to paragraph 9(c) of the Court's Order Resetting Civil Case for Jury Trial dated August 26, 2010, defendant Dorchester Real Estate, Inc. ("Century 21"), hereby adopts and incorporates by reference the proposed voir dire questions submitted by co-defendant E.B. Real Estate Group, Inc. (Document No. 363), as applied to Century 21, as appropriate.

        Respectfully submitted,

        DORCHESTER REAL ESTATE, INC.

        By its attorneys,

        /s/ Thomas K. McCraw, Jr.
        Jay S. Gregory, BBO #546708
        Jay.Gregory@LeClairRyan.com
        Thomas K. McCraw, Jr., BBO# 659480
        Thomas.McCraw@LeClairRyan.com
        LeClairRyan, A Professional Corporation
        One International Place, 11th Floor
        Boston, MA  02110
        617-502-8200

Dated:  October 5, 2010

## CERTIFICATE OF SERVICE

    I, Thomas K. McCraw, Jr., hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system, or if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on this 5th day of October, 2010.

        /s/ Thomas K. McCraw, Jr.
        Thomas K. McCraw, Jr.

6141722-1