UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and MARIA DASILVA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIV. ACTION NO. 07-12067-RGS |
| ) | |
| DWIGHT JENKINS, CHERRY JENKINS, ) | |
| DOREA SMITH, ROBERT E. KELLEY, ) | |
| RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, ) | |
| EB REAL ESTATE GROUP, INC., ) | |
| DORCHESTER REAL ESTATE, INC., NEW ) | |
| ENGLAND MERCHANTS CORP., UNION ) | |
| CAPITAL MORTGAGE BUSINESS TRUST, ) | |
| MID CITY MORTGAGE, LLC, FREMONT ) | |
| INVESTMENT & LOAN and MERITAGE ) | |
| MORTGAGE CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## LIST OF EXHIBITS AS TO WHICH ONE PARTY
## RESERVES THE RIGHT TO OBJECT [1]

| Exhibit | Description |
|---|---|
| A. | Smith's POA to One World One Link re- Dighton property |
| B. | Smith's POA to One World One Link re- Dorchester property |
| C. | Smith's earnings statement from Waste Management dated 1/9/2004 |
| D. | Smith's earnings statement from Waste Management dated November 3, 2005 |
| E. | Smith's earnings and leave statement from DVA |
| F. | Smith's revocation of POA |
| G. | Smith's Wage and Income Transcript dated 2/8/2008 |

---

[1] Defendants provided plaintiffs with a copy of this list and requested Plaintiffs' consent to file. Plaintiffs did not respond.

| H. | Smith's denial of Eastern Bank Credit Card dated October 17, 2008 |
|---|---|
| I. | Dasilva's collection letter from FBCS for $87,427.16 |
| J. | Invoice to Dasilva for $27,446.11 from GMAC Mortgage |
| K. | Collection letter to Dasilva from GMAC Mortgage dated November 30, 2007 |
| L. | Collection letter to Dasilva from GMAC Mortgage dated January 31, 2008 |
| M. | Invoice to Dasilva from People's Choice Home Loan dated 8/16/2006 for $2,677.54 |
| N. | Notice of cancellation of property insurance re-Raynor Ave property dated 1/12/2006 |
| O. | Invoice to Dasilva of People Choice Home Loan for $12,424.33 dated 9/16/2005 |
| P. | Collection letter to Dasilva from GMAC Mortgage dated December 31, 2007 |
| Q. | Check from One World One Link signed by Cherry Jenkins for Raynor Ave dated 8/13/2005 |
| R. | Letter from People's Choice to Dasilva dated 9/26/2005 regarding foreclosure |
| S. | Letter from Harmon Law Offices to Dasilva re-foreclosure of Raynor Ave property dated October 6, 2005 |
| T. | Notification from Mass. Land Court to Dasilva re-foreclosure of Raynor Ave property dated 10/12/2005 |
| U. | Letter from Harmon Law Offices to Dasilva dated 10/20/2005 re- foreclosure on Raynor Ave property (two copies, one with handwriting) |
| V. | Letter from AllianceOne Receivables Management re- gas bill for Palm Place property |
| W. | Letter from State Street Bank to Dasilva rejecting her for employment |
| X. | Letter from Attorney General to Robert Kelley dated 12/8/2006 |

| | |
|---|---|
| Y. | Rule 3:07 of the Massachusetts Rules of Professional Conduct |
| Z. | Attorney's Oath of Office |
| AA. | Notice from RKelley-Law re- availability of declaration of homestead |
| BB. | Statement of boarded loans from Fremont to RKelley-Law |
| CC. | Summary screen of RKelley-Law |
| DD. | Summary screen of T.C. & I., Inc. |
| EE. | Articles of Organization of T.C. & I., Inc. |
| FF. | Business cards of TCI and Ivana Foley |
| GG. | Affidavit of Dwight Jenkins dated 9/18/2006 |
| HH. | Judgment of Jenkins dated 10/29/2001 |
| II. | Affidavit of Dorea Smith dated 6/22/2006 |
| JJ. | Affidavit of Cherry Jenkins dated 6/22/2006 |
| KK. | Affidavit of Cherry Jenkins dated 10/24/2006 |
| LL. | Dwight Jenkins' answers to Macharia's interrogatories dated 10/11/2006 |
| MM. | Dwight Jenkins' disclosures to the court dated 3/29/2007 |
| NN. | Dwight Jenkins' amended answers dated March 15, 2007 |
| OO. | One World One Link bank statement dated 8/31/2005 |
| PP. | Sentencing letter from Jenkins to Judge Rya Zobel |
| QQ. | Verification of rent by Laurice Taylor to Linda Bryant re- Bridge Street |
| RR. | Affidavit of Dwight Jenkins dated 6/22/2006 |
| SS. | Checks from Leppo & Leppo on several closings |
| TT. | NEMCO Loan Production Originator Operating |

| | Agreement |
|---|---|
| UU. | Verification of rent by James Adamos to NEMCO dated 1/17/2005 |
| VV. | NEMCO produced documents |
| WW. | NEMCO list of documents |
| XX. | Findings of Fact and Temporary Order to Cease and Desist re- Richman |
| YY. | Findings of Fact and Temporary Order to Cease and Desist re- NEMCO |
| ZZ. | Findings of Fact and Temporary Order to Cease and Desist re- UCBMT |
| AAA. | Mid City Mortgage privacy pledge |
| BBB. | Mid City policies and procedures |
| CCC. | Mid City brokerage agreement with Dasilva |
| DDD. | Documents provided by People's Choice to Mid City |
| EEE. | 1099 form from Mid City to James Adamos for 2004 |
| FFF. | NAMB Education program participant notebook |
| GGG. | Business card of Adamos |
| HHH. | Business cards of Laurice Taylor and Starr Mosley |
| III. | Remax sales memorandum provided to Smith |
| JJJ. | Deed from Smith to One World One Link the Dighton property dated 2/18/2005 |
| KKK. | MLS listing sheet from Taylor for Dighton property |
| LLL. | Letter from Saxon Mortgage Services to Smith dated 8/15/2005 re- Dorchester property |
| MMM. | Letter from Saxon Mortgage Services to Smith dated 8/17/2005 re- Dorchester property |
| NNN. | New Hampshire state corporation division printout re- NEMCO |

| | |
|---|---|
| OOO. | Documents re- Laurice Taylor, James Adamos, NEMCO and 544 Saratoga Street |
| PPP. | Verification of rent by Adamos to UCMBT re- Smith at Edgewood Street |
| QQQ. | UCMBT mortgage broker disclosure to Dasilva |
| RRR. | Union Employee Handbook |
| SSS. | M.G.L. c. 112 sec. 87RR |
| TTT. | Fax from Adamos at Re/Max Real Estate Specialists to UCBMT re- Smith - VOD |
| UUU. | Re/Max promotional materials and advertisement of numerous properties |
| VVV. | SJC Opinion in Commonwealth v. Fremont Investment and Loan |
| WWW. | Documents from Fremont re- Smith's closing on Dighton including broker agreement with NEMCO |
| XXX. | Fremont's appraisal of Dighton property |
| YYY. | Fremont underwriting guidelines |
| ZZZ. | Documents produced by Dorchester Real Estate, Inc. |
| AAAA. | Real estate files of James Adarnos real estate transactions with Century 21 including 107 Center Street, Quincy, 38 Northhampton Avenue, Springfield, 29 Cunningham Street, Dorchester, 285 Neponset Avenue, Dorchester, 17 Hendry Street, Dorchester, 437 Howard Street, Brockton, 35 Harwood Street, Dorchester, 56 Richfield Street, Dorchester, 27 West cottage Street (identified as Exhibit 63 to plaintiffs' opposition to the summary judgment motions); |
| BBBB. | Policies and procedures of Dorchester Real Estate, Inc. |
| CCCC. | MLS listings for the four properties in the suit |
| DDDD. | Raynor Ave documents from Century 21 |
| EEEE. | James Adamos Personnel File |
| FFFF. | Ivanna Foley Personnel File |

| GGGG. | Closing package for Dighton property |
|---|---|
| HHHH. | Closing package for Dorchester property |
| IIII. | Closing package for Whitman property |
| JJJJ. | Closing package for Brockton property |
| KKKK. | 1099 activity for Rachel Noyes and Stephanie Swiniarski for 2003-2004 |
| LLLL. | Meritage's interrogatory responses |
| MMMM. | NEMCO branch operation rules |
| NNNN. | NEMCO loan production originator operating agreement |
| OOOO. | Appraisal for Mid City of Raynor Ave property |
| PPPP. | Appraisal for Dorchester property |
| QQQQ. | Appraisal for Dighton property |
| RRRR. | Re/Max and One World One Link flyer |
| SSSS. | NEMCO tax return for 2004 |
| TTTT. | Termination of Trust for UCMBT |
| UUUU. | HUD settlement statement for Gether's purchase of 147 Prospect Street |
| VVVV. | HUD settlement statement for Montrond's purchase of 26 Milton Avenue |
| WWWW. | HUD settlement statement for Andrade's purchase of 38 Northhampton Avenue |
| XXXX. | HUD settlement statement for Andrade's purchase of 114 Denton Street |
| YYYY. | HUD settlement statement for Depina's purchase of 47 Denton Street |
| ZZZZ. | People's Choice Loan Fraud Statement |
| AAAAA. | People's Choice Broker Agreement with Mid City |
| BBBBB. | Supplemental documents produced by Fremont |
| CCCCC. | Medical records of Smith produced by Roberton |
| DDDDD. | Comprehensive Medical records of Smith |

| | |
|---|---|
| EEEEE. | AG's regulations regarding real estate brokerage and supervision |
| FFFFF. | Philip J. Goodwin's deposition transcript and exhibits |
| GGGGG. | Dwight Jenkins deposition transcripts taken on 11/28/06, 4/5/07, 2/6/08, 11/16/09 |
| HHHHH. | Cherry Jenkins deposition transcripts taken on 10/30/06 |
| IIIII. | Dorea Smith deposition transcript taken on 2/2/08 |
| JJJJJ. | Calculation of Realized Loss/Gain |
| KKKKK. | Detail Transaction History |
| LLLLL. | Copies of Robert Smith's checks covering dates from October 19, 2000 – October 1, 2007, with certification |
| ***********************| |
| MMMMM. | Invoices to DaSilva from People's Choice Home Loan dated July, August, September, October 2006 |
| NNNNN. | Loan summary sheet from Union Capital |
| OOOOO. | Documents relating to the 2715 Winfield Lane, Dighton property purchase |
| PPPPP. | Documents from RKelley-LAW, P.C. (First Mortgage) |
| QQQQQ. | Lender's Closing Instructions |
| RRRRR. | List of Additional Documents |
| SSSSS. | Check to Kelley |
| TTTTT. | HUD Settlement Statement |
| UUUUU. | Deed |
| VVVVV. | Mortgage |
| WWWWW. | Adjustable Rate Rider |
| XXXXX. | $320,000 Note |
| YYYYY. | Truth In Lending Disclosure |
| ZZZZZ. | Itemization of Amount Finances |
| AAAAAA. | Estimated Payment Letter |
| BBBBBB. | Escrow/Impound Account Agreement |
| CCCCCC. | Insurance Binder |
| DDDDDD. | Error and Omissions/Compliance Agreement |
| EEEEEE. | Borrower's Certification and Authorization |
| FFFFFF. | Notice to Borrower of Property not in a Special Area |
| GGGGGG. | Request for Tax Payer ID Number and Certification |
| HHHHHH. | Signature/Name Affidavit |
| IIIIII. | Loan Disclosure Statement |
| JJJJJJ. | LIBOR 6-month ARM with 2 year Rate Lock Disclosure |
| KKKKKK. | Appraisal Notice |
| LLLLLL. | Hazard Insurance Authorization and Requirements |
| MMMMMM. | Payment Notice to Borrower |
| NNNNNN. | Mass. Application Disclosures |
| OOOOOO. | Mortgage Lender Disclosures Required by the AG's |

| | Consumer Protection Regulations |
|---|---|
| PPPPPP. | Consumer's Guide to Obtaining a Home Mortgage |
| QQQQQQ. | Lead Paint Agreement |
| RRRRRR. | Mass. Attorney Disclosures |
| SSSSSS. | Certification Plan |
| TTTTTT. | Occupancy Affidavit and Financial Status |
| UUUUUU. | Partial Uniform Residential Loan Application |
| VVVVVV. | Lead Paint Agreement |
| WWWWWW. | Lead Paint Indemnification |
| XXXXXX. | Smoke Detector Certification Agreement |
| YYYYYY. | Certification and Indemnification Agreement re Urea-Formaldehyde Foam Insulation |
| ZZZZZZ. | Compliance Agreement |
| AAAAAAA. | Agreement re Real Estate Taxes and Utilities |
| BBBBBBB. | 1099 Form |
| CCCCCCC. | UFFI Certificate |
| DDDDDDD. | Certificate of Non-foreign Status |
| EEEEEEE. | Mechanic's Lien Certificate |
| FFFFFFF. | Notice of Availability of Owner's Title Insurance |
| GGGGGGG. | Smoke Detector Certificate and Indemnification Agreement |
| HHHHHHH. | Certification and Indemnification Agreement: Installation of Approved Smoke Detectors |
| IIIIIII. | Municipal Lien Certificate |
| JJJJJJJ. | Address Certification |
| KKKKKKK. | Certificate of Compliance, GL c. 148, s. 26f |
| LLLLLLL. | Acknowledgement of Borrower Photographic Identity |
| MMMMMMM. | Request for Title Commitment |
| NNNNNNN. | Federal Truth in Lending Disclosure Statement |
| OOOOOOO. | Good Faith Estimate of Settlement Charges |
| PPPPPPP. | Disclosure Statement |
| QQQQQQQ. | LIBOR 6-month ARM with 5 year Rate Lock Disclosure |
| RRRRRRR. | LIBOR 6-month ARM with 3 year Rate Lock Disclosure |
| SSSSSSS. | LIBOR 6-month ARM with 2 year Rate Lock Disclosure |
| TTTTTTT. | Adjustable Rate Mortgage Loan Program Disclosure |
| UUUUUUU. | LIBOR 6-month ARM with 5 year Interest Only and 3 year Rate Lock |
| VVVVVVV. | LIBOR 6-month ARM with 5 year Interest Only and 2 year Rate Lock |
| WWWWWWW. | Appraisal Notice |
| XXXXXXX. | Consumer's Guide to Obtaining a Home Mortgage |
| YYYYYYY. | Glossary |
| ZZZZZZZ. | Disclosure of Complete Application |
| AAAAAAAA. | Mortgage Lender Disclosures Required by the AG's Consumer Protection Regulation |

| BBBBBBBB. | Mass. Application Disclosures |
|---|---|
| CCCCCCCC. | Mass. Attorney Disclosures |
| DDDDDDDD. | Credit Score Notice |
| EEEEEEEE. | Credit Score Disclosure |
| FFFFFFFF. | USA PATRIOT ACT s. 326 Disclosure |
| GGGGGGGG. | Mortgage Lender Disclosures Required by the AG's consumer Protection Regulations |
| HHHHHHHH. | Documents from RKelley-LAW, P.C. (Second Mortgage) |
| IIIIIIII. | Lender's Closing Instructions |
| JJJJJJJJ. | Mortgage |
| KKKKKKKK. | Acknowledgement of Borrower, Photographic Identity |
| LLLLLLLL. | Hold Harmless Letter |
| MMMMMMMM. | HUD Settlement Statement |
| NNNNNNNN. | $80,000 Note |
| OOOOOOOO. | Federal Truth In Lending Disclosure |
| PPPPPPPP. | Itemization of Amount Financed |
| QQQQQQQQ. | Estimated Payment Letter |
| RRRRRRRR. | Error and Omissions/Compliance Agreement |
| SSSSSSSS. | Borrower's Certification and Authorization |
| TTTTTTTT. | Notice to Borrower of Property Not in Special Area |
| UUUUUUUU. | Request for Tax Payer ID Number and Certification |
| VVVVVVVV. | Signature/Name Affidavit |
| WWWWWWWW. | Disclosure Statement |
| XXXXXXXX. | Appraisal Notice |
| YYYYYYYY. | Occupancy Affidavit and Financial Status |
| *ZZZZZZZZ.* | Hazard Insurance Authorization and Requirements |
| AAAAAAAAA. | Payment Notice to Borrower |
| BBBBBBBBB. | Mass. Application Disclosures |
| CCCCCCCCC. | Mortgage Lender Disclosures Required by AG's Consumer Protection    Regulations |
| DDDDDDDDD. | Consumer's Guide to Obtaining a Home Mortgage |
| EEEEEEEEE. | Glossary |
| FFFFFFFFF. | Certification and Indemnification Agreement re Urea-Formaldehyde Foam Insulation |
| GGGGGGGGG. | Certification and Indemnification Agreement re Installation of Approved Smoke Detectors |
| HHHHHHHHH. | Lead Paint Agreement |
| IIIIIIIII. | Mass. Attorney Disclosures |
| JJJJJJJJJ. | Address Certification |
| KKKKKKKKK. | Compliance Agreement |
| LLLLLLLLL. | Uniform Residential Loan Application |
| MMMMMMMMM. | Fax from NEMCO |
| NNNNNNNNN. | Lender's Closing Instructions |
| OOOOOOOOO. | Certification Plan |
| PPPPPPPPP. | Municipal Lien Certificate |
| QQQQQQQQQ. | $80,000 Note |
| RRRRRRRRR. | Itemization of Amount Financed |

| | |
|---|---|
| SSSSSSSSS. | Federal Truth in Lending Disclosure Statement |
| TTTTTTTTT. | Occupancy Affidavit and Financial Status |
| UUUUUUUUU. | Disclosure Statement |
| VVVVVVVVV. | Appraisal Notice |
| WWWWWWWWW. | Compliance Agreement |
| XXXXXXXXX. | Attorney's Certification of Title |
| YYYYYYYYY. | Additional documents related to 2715 Winfield Lane, Dighton property: |
| *ZZZZZZZZZ.* | Uniform Residential Loan Application Signed by Rachel Noyes but not Robert     Smith |
| AAAAAAAAAA. | General Warranty Deed |
| BBBBBBBBBB. | Limited Power of Attorney |
| CCCCCCCCCC. | Complete Loan Application |
| DDDDDDDDDD. | Credit Score Disclosure of Robert Smith |
| EEEEEEEEEE. | Documents relating to the 27 West Cottage Street, Dorchester property purchase |
| FFFFFFFFFF. | Documents from RKelley-Law, P.C. (First Mortgage) |
| GGGGGGGGGG. | Closing Instructions |
| HHHHHHHHHH. | Additional Conditions |
| IIIIIIIIII. | Addendum to Closing Instructions |
| JJJJJJJJJJ. | HUD Settlement Statement |
| KKKKKKKKKK. | Deed |
| LLLLLLLLLL. | Mortgage |
| MMMMMMMMMM. | Family Rider |
| NNNNNNNNNN. | Adjustable Rate Rider |
| OOOOOOOOOO. | Certificate of Municipal Liens |
| PPPPPPPPPP. | Uniform Residential Loan Application |
| QQQQQQQQQQ. | Adjustable Rate Note for $343,200 |
| RRRRRRRRRR. | Errors and Omissions/Compliance Agreement |
| SSSSSSSSSS. | Notice to Customer Required by Regulation Z |
| TTTTTTTTTT. | Itemization of Amount Finances |
| UUUUUUUUUU. | Signature Statement/Identity Affidavit |
| VVVVVVVVVV. | Borrower's Certification Affidavit |
| WWWWWWWWWW. | Certification and Authorization |
| XXXXXXXXXX. | Request for Tax Payer ID and Certification |
| YYYYYYYYYY. | Request for Transcript of Tax Return |
| *ZZZZZZZZZZ.* | RESPA Service Disclosure |
| AAAAAAAAAAA. | Certification and Indemnification Agreement re Smoke Detectors |
| BBBBBBBBBBB. | Anti-coercion Disclosure |
| CCCCCCCCCCC. | Affidavit and Agreement of Occupancy |
| DDDDDDDDDDD. | Authorization for Social Security Number Release |
| EEEEEEEEEEE. | Correction Agreement |
| FFFFFFFFFFF. | Limited Power of Attorney |
| GGGGGGGGGGG. | Impound Account Authorization |
| HHHHHHHHHHH. | Monthly Payment Letter |
| IIIIIIIIIII. | Appraisal Disclosure |
| JJJJJJJJJJJ. | Childhood Lead Poisoning Prevention Program |

| | Document |
|---|---|
| KKKKKKKKKKK. | Property Transfer Notification Certification |
| LLLLLLLLLLLL. | Important Applicant Information |
| MMMMMMMMMMM. | Adjustable Rate Loan Program Disclosure |
| NNNNNNNNNNN. | Certification Plan |
| OOOOOOOOOOO. | Notice to Borrower not in Special Flood Hazard Area |
| PPPPPPPPPPP. | Owner/Seller Affidavit |
| QQQQQQQQQQQ. | Notice of Availability of Owner's Title Insurance |
| RRRRRRRRRRR. | Request for Seller's Tax Payer ID Number |
| SSSSSSSSSSS. | Mechanics Lien Certificate |
| TTTTTTTTTTT. | Smoke Detector Certificate and Indemnification Agreement |
| UUUUUUUUUUU. | Certificate of Non-foreign Status |
| VVVVVVVVVVV. | 1099 Form |
| WWWWWWWWWWW. | Lead Paint Indemnification |
| XXXXXXXXXXX. | UFFI Certificate |
| YYYYYYYYYYY. | Agreement re Real Estate Taxes and Utilities |
| *ZZZZZZZZZZZ.* | Owner Occupancy Agreement |
| AAAAAAAAAAAA. | Appliance Agreement |
| BBBBBBBBBBBB. | Certification Plan |
| CCCCCCCCCCCC. | Certificate of Compliance for Smoke Detectors |
| DDDDDDDDDDDD. | Documents from RKelley-Law, P.C. (Second Mortgage) |
| EEEEEEEEEEEE. | Closing Instructions |
| FFFFFFFFFFFF. | HUD Settlement Statements |
| GGGGGGGGGGGG. | Mortgage |
| HHHHHHHHHHHH. | Family Rider |
| IIIIIIIIIIII. | Balloon Payment Rider |
| JJJJJJJJJJJJ. | Note for $85,800 |
| KKKKKKKKKKKK. | Balloon Note Addendum |
| LLLLLLLLLLLL. | Regulation Z Disclosure |
| MMMMMMMMMMMM. | Itemization of Amount Financed |
| NNNNNNNNNNNN. | Residential Loan Application (Missing pp. 2 and 3) |
| OOOOOOOOOOOO. | Error and Omissions/Compliance Agreement |
| PPPPPPPPPPPP. | Signature Statement and Identity Affidavit |
| QQQQQQQQQQQQ. | Borrower's Certification and Authorization |
| RRRRRRRRRRRR. | Request for Tax Payer ID Number |
| SSSSSSSSSSSS. | Request for Transcript of Tax Return |
| TTTTTTTTTTTT. | RESPA Servicing Disclosure |
| UUUUUUUUUUUU. | Certification and Indemnification Agreement re Smoke Detectors |
| VVVVVVVVVVVV. | Anti-coercion Disclosure |
| WWWWWWWWWWWW. | Affidavit and Agreement of Occupancy |
| XXXXXXXXXXXX. | Authorization for Social Security Number Release |
| YYYYYYYYYYYY. | Correction Agreement Limited Power of Attorney |
| *ZZZZZZZZZZZZ.* | Impound Account Authorization |
| AAAAAAAAAAAAA. | Monthly Payment Letter |
| BBBBBBBBBBBBB. | Appraisal Disclosure |

| CCCCCCCCCCCCC. | Childhood Lead Paint Poisoning Disclosure |
|---|---|
| DDDDDDDDDDDDD. | Childhood Lead Poisoning Prevention Program |
| EEEEEEEEEEEEE. | Property Transfer Notification Certification |
| FFFFFFFFFFFFF. | Privacy Notice |
| GGGGGGGGGGGGG. | Important Applicant Information |
| HHHHHHHHHHHHH. | Notice to Borrower not in Special Flood Hazard Area |
| IIIIIIIIIIIII. | Compliance Agreement |
| JJJJJJJJJJJJJ. | Additional documents relating to 27 West Cottage Street, Dorchester, MA property |
| KKKKKKKKKKKKK. | Uniform Residential Loan Application, Unsigned |
| LLLLLLLLLLLLL. | Mortgage Broker Loan Origination Agreement |
| MMMMMMMMMMMMM. | Fax from Meritage |
| NNNNNNNNNNNNN. | Allowable Attorney's Fees Chart from Union |
| OOOOOOOOOOOOO. | Uniform Residential Loan Application, Signed 2/8/05, Missing p. 4 |
| PPPPPPPPPPPPP. | Agents' List |
| QQQQQQQQQQQQQ. | Loan Registration Lock-in Form |
| RRRRRRRRRRRRR. | Customer Service Form |
| SSSSSSSSSSSSS. | Loan Summary |
| TTTTTTTTTTTTT. | HUD Settlement Statement |
| UUUUUUUUUUUUU. | Uniform Residential Loan Application (Interviewer's Signature Redacted) |
| VVVVVVVVVVVVV. | Meritage Fee Sheet |
| WWWWWWWWWWWWW. | Correspondence from Union to Appraiser |
| XXXXXXXXXXXXX. | Fax from Adamos at REMAX to Goodwin |
| YYYYYYYYYYYYY. | Fax from Union to Meritage |
| *ZZZZZZZZZZZZZ.* | Borrower's Certification and Authorization |
| AAAAAAAAAAAAA. | Advanced Fee Receipt and Disclosure |
| BBBBBBBBBBBBB. | Privacy Notice |
| CCCCCCCCCCCCC. | Mortgage Broker Disclosures required by AG Consumer Protection Regulations |
| DDDDDDDDDDDDD. | Mortgage Broker Disclosures required by AG Consumer Protection Regulations |
| EEEEEEEEEEEEE. | Commission Sheet |
| FFFFFFFFFFFFF. | Check from Kelley to Union Capital |
| GGGGGGGGGGGGG. | Union Capital Mortgage Summary Instructions |
| HHHHHHHHHHHHH. | E-mails between Meritage and Union Capital |
| IIIIIIIIIIIII. | Fax from Union to Waste Management Seeking Verification of Employment |
| JJJJJJJJJJJJJ. | Request for Verification of Employment |
| KKKKKKKKKKKKK. | Request for Verification of Employment |
| LLLLLLLLLLLLL. | Uniform Residential Loan Application |
| MMMMMMMMMMMMM. | Appraisal of 27 West Cottage Street |
| NNNNNNNNNNNNN. | Good Faith Estimate from Union |
| OOOOOOOOOOOOO. | Union's Mortgage Broker Loan Origination Agreement |
| PPPPPPPPPPPPP. | Fax from Adamos at REMAX to Goodwin, 2/8/05 |
| QQQQQQQQQQQQQ. | Fax from Adamos at REMAX to Bryant, 2/21/05 |

| | |
|---|---|
| RRRRRRRRRRRRRRR. | Meritage Pre-grade Form |
| SSSSSSSSSSSSSSS. | Meritage Loan Approval Form |
| TTTTTTTTTTTTTTT. | Lease Form from Smith to Henry Perkins |
| UUUUUUUUUUUUUU. | Uniform Underwriting and Transmittal Summary |
| VVVVVVVVVVVVV. | Purchase and Sale Agreement |
| WWWWWWWWWWWWWW. | Verification of Rent of Smith by Adamos to Union |
| XXXXXXXXXXXXXX. | Verification of Rent of Smith from JCA Realty Management to Union |
| YYYYYYYYYYYYYY. | Conditional Loan Approval |
| *ZZZZZZZZZZZZZZZ.* | Agents' List |
| AAAAAAAAAAAAAAA. | Closing package for 316 Raynor Avenue, Whitman property purchase |
| BBBBBBBBBBBBBBB. | Documents from Mid City Mortgage |
| CCCCCCCCCCCCCCC. | Adjustable Rate Rider |
| DDDDDDDDDDDDDDD. | Family Rider |
| EEEEEEEEEEEEEEE. | Truth In Lending Disclosure Statement |
| FFFFFFFFFFFFFFF. | Acknowledgement of Broker's Services and Fees |
| GGGGGGGGGGGGGGG. | Notice re Required Use of Settlement Service Providers |
| HHHHHHHHHHHHHHH. | Authorization for Impound |
| IIIIIIIIIIIIIII. | Acknowledgement of the Loan Terms and Net Tangible Benefit Disclosure |
| JJJJJJJJJJJJJJJ. | Initial Escrow Account Disclosure Statement |
| KKKKKKKKKKKKKKK. | Occupancy Affidavit and Financial Status |
| LLLLLLLLLLLLLLL. | Error and Omissions/Compliance Agreement |
| MMMMMMMMMMMMMMM. | Borrower's Certification and Authorization |
| NNNNNNNNNNNNNNN. | Request for Tax Payer ID Number and Certification |
| OOOOOOOOOOOOOOO. | People's Choice Initial Disclosure Cover Letter |
| PPPPPPPPPPPPPPP. | RESPA Servicing Disclosure |
| QQQQQQQQQQQQQQQ. | Six Month LIBOR Adjustable Rate Mortgage Loan Program Disclosures |
| RRRRRRRRRRRRRRR. | Appraisal Disclosure |
| SSSSSSSSSSSSSSS. | People's Choice Fees and Charges |
| TTTTTTTTTTTTTTT. | Privacy Policy |
| UUUUUUUUUUUUUU. | Federal Equal Credit Opportunity Act Notice |
| VVVVVVVVVVVVV. | Signature/Name Affidavit |
| WWWWWWWWWWWWWW. | Customer ID Verification |
| XXXXXXXXXXXXXX. | Uniform Residential Loan Application (1st Mortgage) |
| YYYYYYYYYYYYYY. | Mid City Loan Origination and Compensation Agreement |
| *ZZZZZZZZZZZZZZZ.* | Mid City Brokerage Agreement |
| AAAAAAAAAAAAAAA. | Mid City Broker Disclosures |
| BBBBBBBBBBBBBBB. | Good Faith Estimate |
| CCCCCCCCCCCCCCC. | Uniform Residential Loan Application (1st Mortgage) |
| DDDDDDDDDDDDDDD. | Borrower's Certification and Authorization |
| EEEEEEEEEEEEEEE. | Mortgage Loan Origination Agreement |
| FFFFFFFFFFFFFFF. | Mid City Loan Origination and Compensation |

| | |
|---|---|
| | Agreement (#2) |
| GGGGGGGGGGGGGGGGG. | Mid City Brokerage Agreement (#2) |
| HHHHHHHHHHHHHHHHH. | Mid City Broker Disclosures (#2) |
| IIIIIIIIIIIIIII. | Payoff Request from Mid City |
| JJJJJJJJJJJJJJJJ. | Notice of Right to Receive Copy of Appraisal |
| KKKKKKKKKKKKKKKKK. | Important Privacy Information Document |
| LLLLLLLLLLLLLLLLL. | Good Faith Estimate (#2) |
| MMMMMMMMMMMMMMMMM. | Uniform Underwriting and Transmittal Summary |
| NNNNNNNNNNNNNNNNN. | Experian Credit Report (Produced by Mid City) |
| OOOOOOOOOOOOOOOO. | Purchase and Sale Agreement |
| PPPPPPPPPPPPPPPPP. | Insurance Binder |
| QQQQQQQQQQQQQQQQQ. | Appraisal |
| RRRRRRRRRRRRRRRR. | Title Insurance |
| SSSSSSSSSSSSSSSSS. | Quitclaim Deed |
| TTTTTTTTTTTTTTTTT. | Quitclaim Deed (#2) |
| UUUUUUUUUUUUUUUU. | Mid City Closing Worksheet |
| VVVVVVVVVVVVVVVV. | Documents from Mid City Mortgage (Second Loan) |
| WWWWWWWWWWWWWWWW. | Settlement Statement |
| XXXXXXXXXXXXXXXX. | Note |
| YYYYYYYYYYYYYYYYY. | Mortgage |
| *ZZZZZZZZZZZZZZZZZ.* | Family Rider |
| AAAAAAAAAAAAAAAAA. | Truth In Lending Disclosure Statement |
| BBBBBBBBBBBBBBBBB. | Itemization of Amount Financed |
| CCCCCCCCCCCCCCCC. | Acknowledgement of Broker's Services and Fees |
| DDDDDDDDDDDDDDDDD. | Notice Regarding Required Use of Settlement Service Providers |
| EEEEEEEEEEEEEEEEE. | Occupancy Affidavit |
| FFFFFFFFFFFFFFFFF. | Borrower Certification and Authorization |
| GGGGGGGGGGGGGGGGG. | Request for Tax Payer ID Number and Certification |
| HHHHHHHHHHHHHHHHH. | Notice to Borrower Not in Special Flood Hazard Area |
| IIIIIIIIIIIIIII. | People's Choice Initial Disclosure Cover Letter |
| JJJJJJJJJJJJJJJJ. | RESPA Servicing Disclosure |
| KKKKKKKKKKKKKKKKK. | Appraisal Disclosure |
| LLLLLLLLLLLLLLLLL. | Fees and Charges Document |
| MMMMMMMMMMMMMMMMM. | Privacy Policy |
| NNNNNNNNNNNNNNNNN. | Customer Identification Verification |
| OOOOOOOOOOOOOOOO. | Tax Information Form |
| PPPPPPPPPPPPPPPPP. | Loan Application (2nd Mortgage) |
| QQQQQQQQQQQQQQQQQ. | Loan Origination and Compensation Agreement |
| RRRRRRRRRRRRRRRR. | Brokerage Agreement |
| SSSSSSSSSSSSSSSSS. | Mortgage Broker Disclosures |
| TTTTTTTTTTTTTTTTT. | Good Faith Estimate |
| UUUUUUUUUUUUUUUU. | Uniform Underwriting and Transmittal Summary |
| VVVVVVVVVVVVVVVV. | Uniform Residential Loan Application |
| WWWWWWWWWWWWWWWW. | Borrower's Signature Authorization |
| XXXXXXXXXXXXXXXX. | License Disclosure Notice |
| YYYYYYYYYYYYYYYYY. | Mortgage Loan Origination Agreement |
| *ZZZZZZZZZZZZZZZZZ.* | Brokerage Agreement |

| | |
|---|---|
| AAAAAAAAAAAAAAAAAAA. | Payoff Request |
| BBBBBBBBBBBBBBBBBBBB. | Notice of Right to Receive Appraisal |
| CCCCCCCCCCCCCCCCCCC. | Good Faith Estimate |
| DDDDDDDDDDDDDDDDDDDD. | Uniform Underwriting and Transmittal Summary |
| EEEEEEEEEEEEEEEEEEE. | Purchase and Sale Agreement |
| FFFFFFFFFFFFFFFFFFFFF. | Appraisal |
| GGGGGGGGGGGGGGGGGGG. | Additional documents relating to 316 Raynor Ave, Whitman property |
| HHHHHHHHHHHHHHHHHHH. | People's Choice Loan Package for First Loan |
| IIIIIIIIIIIIIIIIIII. | People's Choice Loan Package for Second Loan |
| JJJJJJJJJJJJJJJJJJJ. | Closing package for Brockton property |
| KKKKKKKKKKKKKKKKKKKK. | Union Capital—First Mortgage |
| LLLLLLLLLLLLLLLLLLLL. | Commission Sheet |
| MMMMMMMMMMMMMMMMMMMM. | Check from Kelley to Union Capital |
| NNNNNNNNNNNNNNNNNNN. | Loan Registration/Lock-in Form |
| OOOOOOOOOOOOOOOOOOO. | Union Capital Fax |
| PPPPPPPPPPPPPPPPPPPP. | Fax from Meritage |
| QQQQQQQQQQQQQQQQQQQQ. | Allowable Attorney's Fees |
| RRRRRRRRRRRRRRRRRRR. | Union Capital Mortgage Summary Instructions |
| SSSSSSSSSSSSSSSSSSSS. | Request for Title Commitment |
| TTTTTTTTTTTTTTTTTTT. | Meritage Conditional Loan Approval |
| UUUUUUUUUUUUUUUUUUU. | Kroll Credit Bureau |
| VVVVVVVVVVVVVVVVVV. | Settlement Statement |
| WWWWWWWWWWWWWWWWWWWW. | Commitment for Title Insurance |
| XXXXXXXXXXXXXXXXXXX. | Insurance Binder |
| YYYYYYYYYYYYYYYYYYY. | Purchase and Sale Agreement |
| *ZZZZZZZZZZZZZZZZZZZ.* | Other First Mortage Documents |
| AAAAAAAAAAAAAAAAAAAA. | Uniform Residential Loan Application (First Mortgage Unsigned) |
| BBBBBBBBBBBBBBBBBBBB. | Uniform Residential Loan Application (First Mortgage Signed) |
| CCCCCCCCCCCCCCCCCCC. | Adjustable Rate Note |
| DDDDDDDDDDDDDDDDDDDD. | Truth in Lending Disclosure Statement |
| EEEEEEEEEEEEEEEEEEEE. | Uniform Residential Loan Application (First Mortgage Signed, no p. 4) |
| FFFFFFFFFFFFFFFFFFFF. | Pre-Grade from Meritage |
| GGGGGGGGGGGGGGGGGGG. | Union Capital Mortgage Summary Instructions |
| HHHHHHHHHHHHHHHHHHH. | Settlement Statement |
| IIIIIIIIIIIIIIIIIII. | Second Loan Documents |
| JJJJJJJJJJJJJJJJJJJ. | HUD Settlement Statement |
| KKKKKKKKKKKKKKKKKKKK. | Adjustable Rate Note |
| LLLLLLLLLLLLLLLLLLL. | Adjustable Rate Rider |
| MMMMMMMMMMMMMMMMMMMM. | 1-4 Family Rider |
| NNNNNNNNNNNNNNNNNNN. | Itemization of Amount Financed |
| OOOOOOOOOOOOOOOOOOO. | Uniform Residential Loan Application (Second Mortgage Unsigned) |
| PPPPPPPPPPPPPPPPPPP. | Conditional Loan Approval |
| QQQQQQQQQQQQQQQQQQQQ. | Good Faith Estimate |
| RRRRRRRRRRRRRRRRRRR. | Mortgage Broker Disclosure Required by the AG |

| | Consumer Protection Regulations |
|---|---|
| SSSSSSSSSSSSSSSSSSSS. | Borrower's Certification and Authorization |
| TTTTTTTTTTTTTTTTTTTT. | Advance Fees Receipt and Disclosure |
| UUUUUUUUUUUUUUUUUUUU. | Privacy Notice |
| VVVVVVVVVVVVVVVVVVVV. | Mortgage Broker Loan Origination Agreement |
| WWWWWWWWWWWWWWWWWWWW. | Borrower Signature Authorization |
| XXXXXXXXXXXXXXXXXXXX. | Request for Transcript of Tax Return |
| YYYYYYYYYYYYYYYYYYYY. | Rhode Island Application Disclosure |
| *ZZZZZZZZZZZZZZZZZZZZ.* | Uniform Residential Loan Application (Second Mortgage Signed) |
| AAAAAAAAAAAAAAAAAAAA. | Meritage Fee Sheet |
| BBBBBBBBBBBBBBBBBBBB. | Note |
| CCCCCCCCCCCCCCCCCCCC. | Balloon Note Addendum |
| DDDDDDDDDDDDDDDDDDDD. | Mortgage Loan Application Addendum |
| EEEEEEEEEEEEEEEEEEEE. | Notice of Availability of Property Value Report |
| FFFFFFFFFFFFFFFFFFFF. | Notice of Complete Application |
| GGGGGGGGGGGGGGGGGGGG. | Mortgage Lender Disclosure Required by AG Consumer Protection Regulations |
| HHHHHHHHHHHHHHHHHHHH. | Consumer's Guide to Obtaining a Home Mortgage |
| IIIIIIIIIIIIIIIIIIII. | Glossary |
| JJJJJJJJJJJJJJJJJJJJ. | Notice of Incomplete Application |
| KKKKKKKKKKKKKKKKKKKK. | Lead Paint Agreement |
| LLLLLLLLLLLLLLLLLLLL. | Notice of Right to Appeal |
| MMMMMMMMMMMMMMMMMMMM. | Notice to Customer Required by Law and Regulation Z |
| NNNNNNNNNNNNNNNNNNNN. | Customer Service Form |
| OOOOOOOOOOOOOOOOOOOO. | Adjustable Rate Loan Program Disclosure |
| PPPPPPPPPPPPPPPPPPPP. | Error and Omissions/Compliance Agreement |
| QQQQQQQQQQQQQQQQQQQQ. | Signature Statement and Identity Affidavit |
| RRRRRRRRRRRRRRRRRRRR. | Borrower's Certification and Authorization |
| SSSSSSSSSSSSSSSSSSSS. | Request for Tax Payer Identification Number and Certification |
| TTTTTTTTTTTTTTTTTTTT. | Request for Transcript of Tax Return |
| UUUUUUUUUUUUUUUUUUUU. | RESPA Servicing Disclosure |
| VVVVVVVVVVVVVVVVVVVV. | Affidavit and Agreement of Occupancy |
| WWWWWWWWWWWWWWWWWWWW. | Authorization for the Social Security Administration to Release Social Security Number Verification |
| XXXXXXXXXXXXXXXXXXXX. | Monthly Payment Letter |
| YYYYYYYYYYYYYYYYYYYY. | Initial Payment Coupon |
| *ZZZZZZZZZZZZZZZZZZZZ.* | Appraisal Disclosure |
| AAAAAAAAAAAAAAAAAAAA. | Childhood Lead Poisoning Prevention Program |
| BBBBBBBBBBBBBBBBBBBB. | Second Loan Documents |
| CCCCCCCCCCCCCCCCCCCC. | Note |
| DDDDDDDDDDDDDDDDDDDD. | Balloon Note Addendum |
| EEEEEEEEEEEEEEEEEEEE. | Mortgage |
| FFFFFFFFFFFFFFFFFFFF. | 1-4 Family Rider |
| GGGGGGGGGGGGGGGGGGGG. | Balloon Payment Rider |
| HHHHHHHHHHHHHHHHHHHH. | Notice to Customer Required by Law and Regulation Z |

| | |
|---|---|
| IIIIIIIIIIIIIIIIIIIII. | Itemization of Amount Financed |
| JJJJJJJJJJJJJJJJJJJJJJ. | Error and Omissions/Compliance Agreement |
| KKKKKKKKKKKKKKKKKKKKKK. | Signature Statement and Identity Affidavit |
| LLLLLLLLLLLLLLLLLLLLLL. | Borrower's Certification and Authorization |
| MMMMMMMMMMMMMMMMMMMMMM. | Request for Tax Payer Identification Number and Certification |
| NNNNNNNNNNNNNNNNNNNNNN. | Request for Transcript of Tax Return |
| OOOOOOOOOOOOOOOOOOOOOO. | RESPA Servicing Disclosure |
| PPPPPPPPPPPPPPPPPPPPPP. | Certification and Indemnification Agreement |
| QQQQQQQQQQQQQQQQQQQQQQ. | Anticoercion Disclosure |
| RRRRRRRRRRRRRRRRRRRRRR. | Affidavit of Occupancy |
| SSSSSSSSSSSSSSSSSSSSSS. | Authorization for Social Security Number Release |
| TTTTTTTTTTTTTTTTTTTTTT. | Correction Agreement/Limited Power of Attorney |
| UUUUUUUUUUUUUUUUUUUUUU. | Impound Account Authorization |
| VVVVVVVVVVVVVVVVVVVVVV. | Monthly Payment Letter |
| WWWWWWWWWWWWWWWWWWWWWW. | Appraisal Disclosure |
| XXXXXXXXXXXXXXXXXXXXXX. | Lead Paint Disclosure |
| YYYYYYYYYYYYYYYYYYYYYY. | Notice Pursuant to Regulation Z |
| *ZZZZZZZZZZZZZZZZZZZZZZ.* | Mortgage |
| AAAAAAAAAAAAAAAAAAAAAA. | Adjustable Rate Rider |
| BBBBBBBBBBBBBBBBBBBBBB. | Family Rider |
| CCCCCCCCCCCCCCCCCCCCCC. | Information Notice |
| DDDDDDDDDDDDDDDDDDDDDD. | Important Applicant Information |
| EEEEEEEEEEEEEEEEEEEEEE. | Notice re Furnishing of Negative Information |
| FFFFFFFFFFFFFFFFFFFFFF. | Compliance Agreement |
| GGGGGGGGGGGGGGGGGGGGGG. | Smoke Detector Agreement |
| HHHHHHHHHHHHHHHHHHHHHH. | Regulation Z Notice |
| IIIIIIIIIIIIIIIIIIIIII. | Errors and Omissions Document |
| JJJJJJJJJJJJJJJJJJJJJJ. | Signature Statement and Identity Affidavit |
| KKKKKKKKKKKKKKKKKKKKKK. | Borrower's Certification |
| LLLLLLLLLLLLLLLLLLLLLL. | Request for Taxpayer ID Number |
| MMMMMMMMMMMMMMMMMMMMMM. | Request for Tax Return |
| NNNNNNNNNNNNNNNNNNNNNN. | Affidavit and Agreement of Occupancy |
| OOOOOOOOOOOOOOOOOOOOOO. | Lead Paint Disclosure |
| PPPPPPPPPPPPPPPPPPPPPP. | Owner Occupancy Agreement |
| QQQQQQQQQQQQQQQQQQQQQQ. | Attorney's Certification of Title |
| RRRRRRRRRRRRRRRRRRRRRR. | Mechanics Lien Certificate |
| SSSSSSSSSSSSSSSSSSSSSS. | Certificate of Non-foreign Status |
| TTTTTTTTTTTTTTTTTTTTTT. | Agreement to Reapportion |
| UUUUUUUUUUUUUUUUUUUUUU. | Smoke Detector Document |
| VVVVVVVVVVVVVVVVVVVVVV. | Title Insurance Affidavit |
| WWWWWWWWWWWWWWWWWWWWWW. | UFFI Certificate |
| XXXXXXXXXXXXXXXXXXXXXX. | 1099 Form |
| YYYYYYYYYYYYYYYYYYYYYY. | Certification Plan |
| *ZZZZZZZZZZZZZZZZZZZZZZ.* | Uniform Underwriting and Transmittal Summary |
| AAAAAAAAAAAAAAAAAAAAAA. | RESPA Statement |
| BBBBBBBBBBBBBBBBBBBBBB. | Loan Program Disclosure |
| CCCCCCCCCCCCCCCCCCCCCC. | Mortgage Lender Disclosure |
| DDDDDDDDDDDDDDDDDDDDDD. | Notice of Incomplete Application |

| | |
|---|---|
| EEEEEEEEEEEEEEEEEEEEEEEE. | Lead Paint Agreement |
| FFFFFFFFFFFFFFFFFFFFFFFF. | Loan Cost Worksheet |
| GGGGGGGGGGGGGGGGGGGGGGGG. | Privacy Notice |
| HHHHHHHHHHHHHHHHHHHHHHHH. | RESPA Servicing Disclosure |
| IIIIIIIIIIIIIIIIIIIIIIII. | Truth in Lending Document |
| JJJJJJJJJJJJJJJJJJJJJJJJ. | Good Faith Estimate |
| KKKKKKKKKKKKKKKKKKKKKKKK. | Mortgage Loan Addendum |
| LLLLLLLLLLLLLLLLLLLLLLLL. | Disclosure of Credit Score Information |
| MMMMMMMMMMMMMMMMMMMMMMMM. | Credit Score Notice |
| NNNNNNNNNNNNNNNNNNNNNNNN. | Agent's List |
| OOOOOOOOOOOOOOOOOOOOOOOO. | Invoice |
| PPPPPPPPPPPPPPPPPPPPPPPP. | Appraisal |
| QQQQQQQQQQQQQQQQQQQQQQQQ. | Request for Verification of Employment |
| RRRRRRRRRRRRRRRRRRRRRRRR. | Request for Verification of Rent |
| SSSSSSSSSSSSSSSSSSSSSSSS. | Uniform Residential Loan Application |
| TTTTTTTTTTTTTTTTTTTTTTTT. | Union Capital Loan Application |
| UUUUUUUUUUUUUUUUUUUUUUUU. | Lease |
| VVVVVVVVVVVVVVVVVVVVVVVV. | Century 21 Insurance Binder of Adamos |
| WWWWWWWWWWWWWWWWWWWWWWWW. | Kroll Factual Data Credit Report for DaSilva |
| XXXXXXXXXXXXXXXXXXXXXXXX. | Meritage Pre-grade Documentation |
| YYYYYYYYYYYYYYYYYYYYYYYY. | Loan Application |
| *ZZZZZZZZZZZZZZZZZZZZZZZZ.* | Customer Service Form |
| AAAAAAAAAAAAAAAAAAAAAAAA. | Union Capital Mortgage Broker Disclosures |
| BBBBBBBBBBBBBBBBBBBBBBBB. | Privacy Notice |
| CCCCCCCCCCCCCCCCCCCCCCCC. | Request for Tax Return |
| DDDDDDDDDDDDDDDDDDDDDDDD. | Union Capital Loan Summary Document |
| EEEEEEEEEEEEEEEEEEEEEEEE. | Other Documents |
| FFFFFFFFFFFFFFFFFFFFFFFF. | Purchase and Sale Agreement |
| GGGGGGGGGGGGGGGGGGGGGGGG. | Quitclaim Deed |
| HHHHHHHHHHHHHHHHHHHHHHHH. | Certification for No Information Reporting on the Sale or Exchange of a Principal Residence |
| IIIIIIIIIIIIIIIIIIIIIIII. | Lead Paint Indemnification |
| JJJJJJJJJJJJJJJJJJJJJJJJ. | Notice of Availability of Owner's Title Insurance |
| KKKKKKKKKKKKKKKKKKKKKKKK. | Privacy Policy Notice |
| LLLLLLLLLLLLLLLLLLLLLLLL. | Request for Transcript of Tax Return |
| MMMMMMMMMMMMMMMMMMMMMMMM. | Borrower's Certification and Authorization |
| NNNNNNNNNNNNNNNNNNNNNNNN. | Rhode Island Application Disclosure |
| OOOOOOOOOOOOOOOOOOOOOOOO. | Privacy Notice |
| PPPPPPPPPPPPPPPPPPPPPPPP. | Borrower's Signature Authorization |
| QQQQQQQQQQQQQQQQQQQQQQQQ. | Good Faith Estimate |
| RRRRRRRRRRRRRRRRRRRRRRRR. | Agent's List |
| SSSSSSSSSSSSSSSSSSSSSSSS. | Pre-grade from Meritage |
| TTTTTTTTTTTTTTTTTTTTTTTT. | Mortgage Broker Disclosure Required by the Attorney General Consumer Protection Regulations |
| UUUUUUUUUUUUUUUUUUUUUUUU. | Borrower's Certification and Authorization |
| VVVVVVVVVVVVVVVVVVVVVVVV. | Advance Fees Receipt and Disclosure |
| WWWWWWWWWWWWWWWWWWWWWWWW. | Privacy Notice |
| XXXXXXXXXXXXXXXXXXXXXXXX. | Mortgage Broker Disclosure Required by the Attorney General Consumer Protection Regulations |

| | |
|---|---|
| YYYYYYYYYYYYYYYYYYYYYYYYYY. | Mortgage Broker Loan Origination Agreement |
| *ZZZZZZZZZZZZZZZZZZZZZZZZ..* | Borrower Signature Authorization |
| AAAAAAAAAAAAAAAAAAAAAAAAAA. | Request for Transcript of Tax Return |
| BBBBBBBBBBBBBBBBBBBBBBBBBB. | Loan Summary |
| CCCCCCCCCCCCCCCCCCCCCCCCCC. | Insurance Binder Fax from PJ Goodwin |
| DDDDDDDDDDDDDDDDDDDDDDDDDD. | Request for Appraisal |
| EEEEEEEEEEEEEEEEEEEEEEEEEE. | Request for Verification of Employment |
| FFFFFFFFFFFFFFFFFFFFFFFFFF. | Request for Verification of Rent or Mortgage |
| GGGGGGGGGGGGGGGGGGGGGGGGGG. | Kroll Credit Report |
| HHHHHHHHHHHHHHHHHHHHHHHHHH. | Exhibits #5 - #10 to Louis Bertucci's deposition (105 Centre Street Condominum Master Deed, 105 Centre Street Owner's Declaration of Trust, 105 Centre Street 6D Certificates, 105 Centre Street deeds) |
| IIIIIIIIIIIIIIIIIIIIIIIIII. | Karen Cahill deposition exhibits |
| JJJJJJJJJJJJJJJJJJJJJJJJJJ. | 254 Code of Massachusetts Regulations 2.00 *et seq.* |
| KKKKKKKKKKKKKKKKKKKKKKKKKK. | 254 Code of Massachusetts Regulations 3.00 *et seq.* |
| LLLLLLLLLLLLLLLLLLLLLLLLLL. | Two photographs of Dwight Jenkins |
| MMMMMMMMMMMMMMMMMMMMMMMMMM. | Request for verification of employment for Dasilva's Brockton property purchase |
| NNNNNNNNNNNNNNNNNNNNNNNNNN. | Request for verification of rent for Dasilva's Brockton property purchase |
| OOOOOOOOOOOOOOOOOOOOOOOOOO. | 93A demand letter |
| PPPPPPPPPPPPPPPPPPPPPPPPPP. | For the 93A portion of the case, plaintiffs intend to introduce the 30 day demand letters sent pursuant to G.L. c. 93A, the certified green receipt cards, and Jonathan Plaut's affidavit. |

Respectfully submitted,

**Mid City Mortgage, LLC**

By its attorneys,

/s/  John R. Bauer
John R. Bauer (BBO# 630743)
Kate Moran Carter (BBO# 663202)
Katherine S. Kayatta (BBO#675487)
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900
jbauer@rc.com
cnewton@rc.com
kkayatta@rc.com

**EB Real Estate Group, Inc.**

By its attorneys,

/s/  Joseph A. King
Joseph A. King (BBO#558164)
Mary A. Azzarito (BBO# 566734)
MURPHY & RILEY, P.C.
141 Tremont Street
Boston, MA  02111
(617) 423-3700
jking@murphyriley.com
mazzarito@murphyriley.com

**Dorchester Real Estate, Inc.**

By its attorneys,

/s/  Jay S. Gregory
Jay S. Gregory (BBO# 546708)
Thomas K. McCraw, Jr. (BBO# 659480)
LECLAIRRYAN, A PROFESSIONAL
CORPORATION
One International Place, 11th Floor
Boston, MA  02110
(617) 502-8200
jay.gregory@leclairryan.com
thomas.mccraw@leclairryan.com

**New England Merchants Corp.**

By its attorneys,

/s/   Michael J. Markoff
Michael J. Markoff (BBO# 547590)
P.O. Box 212
Falmouth, MA  02541
(508) 548-5500
mmarkoff@verizon.net

**Signature Group Holdings, Inc.,**

By its attorneys,

/s/   J. Patrick Kennedy
Donn A. Randall (BBO# 631590)
J. Patrick Kennedy (BBO# 565778)
BULKLEY, RICHARDSON AND GELINAS,  LLP
98 North Washington Street, Suite 500
Post Office Box 9750
Boston, MA  02114-0016
(617) 368-2500
pkennedy@bulkley.com

**Union Capital Mortgage Business Trust,**

By its attorneys,

/s/ Douglas A. Robertson
Douglas A. Robertson, BBO No. 552315
MARTIN, MAGNUSON, MCCARTHY & KENNEY
101 Merrimac Street
Boston, MA  02114
(617) 227-3240
DRobertson@mmmk.com

**Robert E. Kelley & RKelley-Law, P.C.**

By his attorney,


/s/ James F. McLaughlin
James F. McLaughlin
McLaughlin & McLaughlin, P.C.
BBO# 556095
1135 North Main Street
Brockton, MA 02301
(508) 588-4596
jaymclaughlin@mclaughlinlawgroup.com

**Dwight Jenkins, Cherry Jenkins, Dorea Dorea Smith,**

By their attorney,


/s/ Geoffrey A. Domenico
Geoffrey A. Domenic, Esq. (BBO# 128360)
Piscitelli, Domenico & Murphy LLP
171 Washington Street
North Easton, MA 02356
(508) 230-8777
gdomenico@pdm-law.com


**Louis G. Bertucci,**

By his attorneys,

/s/  Christopher J. Fein
Christopher J. Fein
Fein Law Office, P.C. (BBO# 654403)
25 Braintree Hill Office Park - Suite 403
Braintree, Massachusetts 02184
(781) 356-5555
cjfein@feinlawoffice.com


Dated:   October 5, 2010



**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, Kate Moran Carter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


/s/ Kate Moran Carter
Kate Moran Carter