UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SMITH and MARIA DASILVA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIV. ACTION NO. 07-12067-RGS |
| ) | |
| DWIGHT JENKINS, CHERRY JENKINS, ) | |
| DOREA SMITH, ROBERT E. KELLEY, ) | |
| RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, ) | |
| EB REAL ESTATE GROUP, INC., ) | |
| DORCHESTER REAL ESTATE, INC., NEW ) | |
| ENGLAND MERCHANTS CORP., UNION ) | |
| CAPITAL MORTGAGE BUSINESS TRUST, ) | |
| MID CITY MORTGAGE, LLC, FREMONT ) | |
| INVESTMENT & LOAN and MERITAGE ) | |
| MORTGAGE CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**JOINT LIST OF EXHIBITS AS TO WHICH THERE IS NO OBJECTION[1]**

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 1. | Wholesale Brokerage Agreement with New England Merchants Company |
| 2. | Lender's Closing Instructions for $320,000 Mortgage Loan |
| 3. | Adjustable Rate Note for $320,000 Mortgage Loan |
| 4. | Mortgage for $320,000 Mortgage Loan |
| 5. | Payment Notice to Borrower |
| 6. | Estimated Payment Letter |
| 7. | Borrower's Certification & Authorization |
| 8. | Uniform Residential Loan Application |
| 9. | Address Certification |
| 10. | Request for Verification of Employment |
| 11. | Deed |
| 12. | HUD Settlement Statement |
| 13. | Standard Form Purchase and Sale Agreement |
| 14. | Uniform Residential Appraisal Report |
| 15. | Collection History Profile |

---

[1] Defendants provided Plaintiffs with a copy of this list and requested Plaintiffs' consent to file.  Plaintiffs did not respond.

10652992-v1

| | |
|---|---|
| 16. | Lender's Closing Instructions for $80,000 Mortgage Loan |
| 17. | Note for $80,000 Mortgage Loan |
| 18. | Mortgage for $80,000 Mortgage Loan |
| 19. | Payment Notice to Borrower |
| 20. | Estimated Payment Letter |
| 21. | Borrower's Certification & Authorization |
| 22. | Uniform Residential Loan Application |
| 23. | HUD Settlement Statement |
| 24. | Calculation of Realized Gain/Loss |
| 25. | Detail Transaction History |
| 26. | Cover Notes on Mid City's DaSilva File ($276,000) |
| 27. | Closing Worksheet from Mid City's DaSilva File ($276,000) |
| 28. | HUD-1 Settlement Statement re $276,000 loan, 316 Raynor Avenue, 1/7/05 |
| 29. | Adjustable Rate Note, $276,000, 1/7/05 |
| 30. | People's Choice Home Loan Mortgage, $276,000, 1/7/05 |
| 31. | Truth-In-Lending Disclosure Statement, 1/7/05 |
| 32. | Occupancy Affidavit and Financial Status, 1/7/05 |
| 33. | Uniform Residential Loan Application ($276,000), 1/7/05 |
| 34. | Loan Origination and Compensation Agreement, 1/7/05 |
| 35. | Brokerage Agreement re $276,000 loan, 1/7/05 |
| 36. | Mortgage Broker Disclosures Required by the Attorney General's Consumer Protection Regulations re $276,000 loan, 1/7/05 |
| 37. | Good Faith Estimate re $276,000 loan, 1/7/05 |
| 38. | Uniform Residential Loan Application ($276,000), 12/21/04 |
| 39. | Mortgage Loan Origination Agreement, 12/21/04 |
| 40. | Loan Origination and Compensation Agreement, 12/21/04 |
| 41. | Brokerage Agreement re $276,000 loan, 12/21/04 |
| 42. | Mortgage Broker Disclosures Required by the Attorney General's Consumer Protection Regulations re $276,000 loan, 12/21/04 |
| 43. | Notice to Applicant of Right to Receive Copy of Appraisal Report, 12/21/04 |
| 44. | Good Faith Estimate re $276,000 loan 12/21/04 |
| 45. | Purchase and Sale Agreement, 12/3/04 |
| 46. | Cover Notes on Mid City's DaSilva File ($69,000) |
| 47. | Closing Worksheet from Mid City's DaSilva File ($69,000) |
| 48. | HUD-1 Settlement Statement, 316 Raynor Avenue, 1/7/05 |
| 49. | Note, $69,000, 1/7/05 |
| 50. | People's Choice Home Loan Mortgage, $69,000, 1/7/05 |
| 51. | Occupancy Affidavit and Financial Status, 1/7/05 |
| 52. | Uniform Residential Loan Application ($69,000), 1/7/05 |
| 53. | Loan Origination and Compensation Agreement, 1/7/05 |
| 54. | Brokerage Agreement re $69,000 loan, 1/7/05 |
| 55. | Mortgage Broker Disclosures Required by the Attorney General's Consumer Protection Regulations re $69,000 loan, 1/7/05 |

| | |
|---|---|
| 56. | Good Faith Estimate re $69,000 loan, 1/7/05 |
| 57. | Uniform Residential Loan Application ($69,000), 12/21/04 |
| 58. | Mortgage Loan Origination Agreement, 12/21/04 |
| 59. | Loan Origination and Compensation Agreement, 12/21/04 |
| 60. | Brokerage Agreement re $69,000 loan, 12/21/04 |
| 61. | Mortgage Broker Disclosures Required by the Attorney General's Consumer Protection Regulations re $69,000 loan, 12/21/04 |
| 62. | Good Faith Estimate re $69,000 loan, 12/21/04 |
| 63. | OneWorldOneLink Check Payable to People's Choice, $4000, 8/13/05 |
| 64. | HUD-1 Settlement Statement for 27 West Cottage Street, Dorchester, MA, dated February 28, 2005 |
| 65. | HUD-1 Settlement Statement for 2715 Winfield Lane, Dighton, MA, dated February 7, 2005 |
| 66. | Mandatory Agency Disclosure of Agency Relationship dated January 28, 2005 |
| 67. | Standard Form Purchase and Sale Agreement for 27 West Cottage Street, Dorchester, MA, dated February 1, 2005 |
| 68. | Standard Form Purchase and Sale Agreement for 27 West Cottage Street, Dorchester, MA, dated February 2, 2005 |
| 69. | Property Transfer Notification Certification concerning 27 West Cottage Street, Dorchester, MA |
| 70. | Inspection Contingency Addendum concerning 27 West Cottage Street, Dorchester, MA, dated February 2, 2005 |
| 71. | Independent Contractor Agreement between Century 21 and Ivana Foley dated June 1, 1992 |
| 72. | Purchase & Sale Agreement for 2715 Winfield Lane, Dighton, Massachusetts, dated January 21, 2005 |
| 73. | Sovereign Bank Check Number 5104087 dated February 10, 2005 to Robert Smith |
| 74. | Eastern Bank Checking Deposit Slip dated February 11, 2005 |
| 75. | OneWorld OneLink Check Number 1113 dated March 20, 2005 to Robert Smith |
| 76. | Eastern Bank Checking Deposit Slip dated March 20, 2005 to Robert Smith |
| 77. | 93A Response Letter dated January 4, 2007 sent on behalf of Defendant E.B. Real Estate Group, Inc. |
| 78. | Independent Contractor Agreement as to Laurice Taylor |
| 79. | Independent Contractor Agreement as to Starr Mosley |
| 80. | Uniform Residential Loan Application signed, dated and initialed by Robert Smith on February 7, 2005 for purchase of 2715 Winfield Lane property |
| 81. | Uniform Residential Loan Application signed, dated and initialed by Robert Smith on February 28, 2005 for purchase of 27 West Cottage Street property |

| | |
|---|---|
| 82. | Robert Smith's September 28, 2005 Revocation of Power of Attorney |
| 83. | Robert Smith's September 23, 2005 Revocation of Power of Attorney |
| 84. | New England Merchants Corp. Loan information sheet with Loan Originator's Affidavit re Robert Smith (4 pages) |
| 85. | New England Merchants Corp. Disclosure to Buyers signed by Robert Smith (3 pages) |
| 86. | New England Merchants Corp. Opt Out Notice signed by Robert Smith (1 page) |
| 87. | New England Merchants Corp. Loan Production Originator Operating Agreement dated October 20, 2004 |
| 88. | New England Merchants Corp. Branch Operation Rules with Frequently Asked Questions dated May 9, 2004, revised February 21, 2005 |
| 89. | HUD-1 dated February 7, 2005 re 2715 Winfield Lane, Dighton, MA, signed by Robert Smith |
| 90. | Good Faith Estimate New England Merchants Corp., signed by Robert Smith |
| 91. | 2nd Good Faith Estimate New England Merchants Corp., signed by Robert Smith, dated February 1, 2005 |
| 92. | New England Merchants Corp. Disclosures to Buyers signed by Robert Smith dated January 26, 2005 |
| 93. | Attorney General Mortgage Disclosures New England Merchants Corp., signed by Robert Smith 1-21-2005 |
| 94. | Mortgage Broker Fee Agreement and disclosures signed by Robert Smith dated January 21, 2005 |
| 95. | Customer Information and Privacy Policy New England Merchants Corp., signed by Robert Smith 1-21-2005 |
| 96. | New England Merchants Corp. Borrowers Know Your Rights signed by Robert Smith 1-21-2005 |
| 97. | Loan Origination and Compensation Agreement New England Merchants Corp., signed by Robert Smith 1-21-2005 |
| 98. | Fremont Investment & Loan Pre-qual Pete Antoniou Applicant Robert Smith dated January 19, 2005 |
| 99. | February 8, 2005 Uniform Residential Loan Application signed, dated and initialed by Robert Smith for 27 West Cottage Street property |
| 100. | February 10, 2005 check for $9,500.00 to Mr. Smith, front and back, and deposit slip, front and back |
| 101. | March 20, 2005 check for $8,887.56 to Mr. Smith, front and back, and deposit slip, front and back |
| 102. | Notice to Customer Required by Law and Federal Reserve Regulations signed and dated by Robert Smith on February 28, 2005 for 27 West Cottage Street |
| 103. | Borrowers Certificate and Authorization bearing fax date of "2/8/2005 Tue. 17:34 fax" signed by Robert Smith |
| 104. | Robert Smith's response to request for admissions from Union Capital signed July 17, 2009 |

4

| | |
|---|---|
| 105. | Maria DaSilva's response to request for admissions from Union Capital signed July 16, 2009 |
| 106. | Union Capital Loan Fraud Prevention Policy signed by Philip J. Goodwin, dated November 1, 2002 |
| 107. | HUD Settlement Statement for 10-12 Palm Place, Brockton, signed by Maria DaSilva on December 30, 2004 |
| 108. | Uniform Residential Loan Application for 10-12 Palm Place, Brockton, signed, initialed and dated by Maria DaSilva on December 3, 2004 |
| 109. | Union Capital Mortgage Broker Loan Origination Agreement, signed and dated by Maria DaSilva on December 3, 2004 |
| 110. | Union Capital Mortgage Borrowers Certification and Authorization signed by Maria DaSilva |
| 111. | Union Capital Mortgage Broker Loan Origination Agreement signed by Robert Smith on February 8, 2005 |
| 112. | Uniform Residential Loan Application for 10-12 Palm Place, Brockton, signed, initialed and dated by Maria DaSilva on December 30, 2004 |
| 113. | Foreclosure deed of Dighton property dated June 29, 2006 |
| 114. | Foreclosure deed of Dorchester property dated February 27, 2006 |
| 115. | Foreclosure deed of Whitman property dated 3/3/2006 |
| 116. | Complaint to foreclose property re- Brockton property, dated 12/2/2005 |
| 117. | Borrower signature authorization by UCBMT re Smith |
| 118. | Smith's driver's license with Eastern Bank account number |
| 119. | Deed into Smith for Dighton property dated 2/26/2002 |
| 120. | Deed into Smith for Dorchester property dated 3/1/2005 |
| 121. | Deed into Dasilva for Whitman property dated 1/10/2005 |
| 122. | Deed into Brockton for Brocton property dated 12/31/2004 |

Respectfully submitted,

| | |
|---|---|
| **Mid City Mortgage, LLC** | **EB Real Estate Group, Inc.** |
| By its attorneys, | By its attorneys, |
| /s/   John R. Bauer | /s/   Joseph A. King |
| John R. Bauer (BBO# 630743) | Joseph A. King (BBO#558164) |
| Kate Moran Carter (BBO# 663202) | Mary A. Azzarito (BBO# 566734) |
| Katherine S. Kayatta (BBO#675487) | MURPHY & RILEY, P.C. |
| ROBINSON & COLE LLP | 141 Tremont Street |
| One Boston Place | Boston, MA  02111 |
| Boston, MA  02108-4404 | (617) 423-3700 |
| (617) 557-5900 | jking@murphyriley.com |
| jbauer@rc.com | mazzarito@murphyriley.com |
| cnewton@rc.com | |
| kkayatta@rc.com | |
| | |
| **Dorchester Real Estate, Inc.** | **New England Merchants Corp.** |
| By its attorneys, | By its attorneys, |
| /s/   Jay S. Gregory | /s/   Michael J. Markoff |
| Jay S. Gregory (BBO# 546708) | Michael J. Markoff (BBO# 547590) |
| Thomas K. McCraw, Jr. (BBO# 659480) | P.O. Box 212 |
| LECLAIRRYAN, A PROFESSIONAL CORPORATION | Falmouth, MA  02541 |
| One International Place, 11th Floor | (508) 548-5500 |
| Boston, MA  02110 | mmarkoff@verizon.net |
| (617) 502-8200 | |
| jay.gregory@leclairryan.com | |
| thomas.mccraw@leclairryan.com | |

| | |
|---|---|
| **Signature Group Holdings, Inc.,** | **Union Capital Mortgage Business Trust,** |
| By its attorneys, | By its attorneys, |
| /s/   J. Patrick Kennedy<br>Donn A. Randall (BBO# 631590)<br>J. Patrick Kennedy (BBO# 565778)<br>BULKLEY, RICHARDSON AND GELINAS, LLP<br>98 North Washington Street, Suite 500<br>Post Office Box 9750<br>Boston, MA  02114-0016<br>(617) 368-2500<br>pkennedy@bulkley.com | /s/ Douglas A. Robertson<br>Douglas A. Robertson, BBO No. 552315<br>MARTIN, MAGNUSON, MCCARTHY & KENNEY<br>101 Merrimac Street<br>Boston, MA  02114<br>(617) 227-3240<br>DRobertson@mmmk.com |
| **Robert E. Kelley & RKelley-Law, P.C.** | **Dwight Jenkins, Cherry Jenkins, Dorea Dorea Smith,** |
| By his attorney, | By their attorney, |
| /s/ James F. McLaughlin<br>James F. McLaughlin<br>McLaughlin & McLaughlin, P.C.<br>BBO# 556095<br>1135 North Main Street<br>Brockton, MA 02301<br>(508) 588-4596<br>jaymclaughlin@mclaughlinlawgroup.com | /s/ Geoffrey A. Domenico<br>Geoffrey A. Domenic, Esq. (BBO# 128360)<br>Piscitelli, Domenico & Murphy LLP<br>171 Washington Street<br>North Easton, MA 02356<br>(508) 230-8777<br>gdomenico@pdm-law.com |

**Louis G. Bertucci,**

By his attorneys,

/s/  Christopher J. Fein
Christopher J. Fein
Fein Law Office, P.C. (BBO# 654403)
25 Braintree Hill Office Park - Suite 403
Braintree, Massachusetts 02184
(781) 356-5555
cjfein@feinlawoffice.com


Dated: October 5, 2010


## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Kate Moran Carter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

    /s/ Kate Moran Carter
    Kate Moran Carter