UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and <br> MARIA DASILVA, <br>     Plaintiffs <br><br> vs. <br><br> DWIGHT JENKINS, CHERRY JENKINS, <br> DOREA SMITH, ROBERT E. KELLEY, <br> RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, <br> EB REAL ESTATE GROUP, INC., <br> DORCHESTER REAL ESTATE, INC., NEW <br> ENGLAND MERCHANTS CORP., UNION <br> CAPITAL MORTGAGE BUSINESS TRUST, <br> MID CITY MORTGAGE, LLC, SIGNATURE <br> GROUP HOLDINGS, INC. f/k/a FREMONT <br> REORGANIZING CORPORATION f/k/a <br> FREMONT INVESTMENT & LOAN <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) **CASE NO. 1:07-CV-12067** <br> ) <br> ) **OBJECTIONS OF DEFENDANT,** <br> ) **UNION CAPITAL MORTGAGE** <br> ) **BUSINESS TRUST, TO PLAINTIFFS'** <br> ) **DEPOSITION DESIGNATIONS** <br> ) **FROM NOVEMBER 28, 2006** <br> ) **DEPOSITION OF DWIGHT JENKINS** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

    Union Capital Mortgage Business Trust objects to any testimony from this deposition because it was taken a year before the <u>Smith</u> case was filed, in a case in which Union Capital Mortgage Business Trust was not a party, without notice or opportunity for Union Capital Mortgage Business Trust to attend, and no mortgage broker or other defendant with any similar interest to Union Capital Mortgage Business Trust was a party or had counsel at the deposition. Union Capital Mortgage Business Trust also adopts by reference all objections made by co-defendant, Mid City Mortgage, LLC.

                                         Respectfully submitted,

                                         /s/ Douglas A. Robertson
                                         Douglas A. Robertson, B.B.O. No. 552315
                                         Anthony R. Brighton, B.B.O. No. 660193
                                         Attorneys for Defendant, Union Capital Mortgage
                                         Business Trust
                                         MARTIN, MAGNUSON, MCCARTHY &
                                         KENNEY
                                         101 Merrimac Street
                                         Boston, MA  02114
                                         (617) 227-3240
                                         Drobertson@mmmk.com

## *CERTIFICATE OF SERVICE*

  I, Douglas A. Robertson, attorney for Union Capital Mortgage Business Trust, hereby certify that on the 5th day of October, 2010, I served a copy of the above document to all counsel of record via electronic filing:

        /s/ Douglas A. Robertson
        Douglas A. Robertson, B.B.O. No. 552315
        Anthony R. Brighton, B.B.O. No. 660193
        Attorneys for Defendant, Union Capital Mortgage Business Trust
        MARTIN, MAGNUSON, MCCARTHY & KENNEY
        101 Merrimac Street
        Boston, MA  02114
        (617) 227-3240