UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SMITH and MARIA DASILVA,<br><br>    Plaintiffs<br><br>v.<br><br>DWIGHT JENKINS, CHERRY JENKINS,<br>DOREA SMITH, ROBERT E. KELLEY,<br>RKELLEY-LAW, P.C., LOUIS G. BERTUCCI,<br>EB REAL ESTATE GROUP, INC.,<br>NEW ENGLAND MERCHANTS CORP,<br>UNION CAPITAL MORTGAGE BUSINESS<br>TRUST, MID CITY MORTGAGE, LLC,<br>DORCHESTER REAL ESTATE, INC.<br>FREMONT INVESTMENT AND LOAN and<br>MERITAGE MORTGAGE CORPORATION,<br><br>    Defendants | Case No. 1:07-cv-12067-RSG |

### PLAINTIFFS' MOTION FOR ISSUANCE OF WRIT OF *HABEAS CORPUS AD TESTIFACANDUM*

NOW COME the Plaintiffs in the above-captioned action, Robert Smith and Maria Dasilva, and move for the issuance of a Writ of *Habeas Corpus Ad Testificandum* for Defendant Dwight Jenkins. Plaintiffs request that Mr. Jenkins be brought to Court to testify at trial in the above-referenced matter on October 14, 2010. Mr. Jenkins is currently being held by the United States Marshals Service at the Donald Wyatt Detention Center in Central Falls, Rhode Island, pending a criminal trial in the United States District Court for the District of Massachusetts on charges of 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 1957 (Unlawful Monetary Transaction), docketed as US v. Jenkins, et al., 09CR10373-GAO. The Inmate Identification Number for Mr. Jenkins is known to the undersigned and will be provided to the Court should the Court so instruct. Mr. Jenkins is a defendant in this case, he made numerous statements to the plaintiffs which are relevant to the claims and defenses in this action, and he is a percipient

witness to many of the communications made by his codefendants to the plaintiffs.

Accordingly, plaintiffs respectfully request that this motion be granted.

        Respectfully Submitted,

        ROBERT SMITH and
        MARIA DASILVA

        By their attorneys,

        /s/ Jeffrey S. Baker
        Jeffrey S. Baker, Esq.
        BAKER & ASSOCIATES, P.C.
        Two West Hill Place
        Boston, MA 02114
        (617) 357-9505
        BBO # 544929
        E-mail: bakerlaw@aol.com

        and

        /s/ Jonathan D. Plaut
        Jonathan D. Plaut, Esq.
        CHARDON LAW OFFICES
        One State Street, Suite 1200
        Boston, MA 02109
        (617)-451-3200
        BBO # 638344
        E-mail: jdplaut@chardonlaw.com

Date:   October 6, 2010

## CERTIFICATE OF SERVICE

I certify that I have served this document via Notice of Electronic Filing for parties and counsel on the date set forth below in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

        /s/ Jonathan D. Plaut
        Jonathan D. Plaut

Date:   October 6, 2010