UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| ROBERT SMITH and MARIA DASILVA, | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| DWIGHT JENKINS, CHERRY JENKINS, | ) |
| DOREA SMITH, ROBERT E. KELLEY, | ) |
| RKELLEY-LAW, P.C., LOUIS G. BERTUCCI, | )    Case No. 1:07-cv-12067-RSG |
| EB REAL ESTATE GROUP, INC., | ) |
| DORCHESTER REAL ESTATE, INC., | ) |
| NEW ENGLAND MERCHANTS CORP, | ) |
| UNION CAPITAL MORTGAGE BUSINESS | ) |
| TRUST, MID CITY MORTGAGE, LLC, | ) |
| FREMONT INVESTMENT AND LOAN and | ) |
| MERITAGE MORTGAGE CORPORATION, | ) |
| | ) |
|     Defendants | ) |

_____

**SUPPLEMENT TO PLAINTIFFS' PRE-TRIAL MEMORANDUM**

NOW COME the plaintiffs and supplement their Pre-Trial Memorandum by setting forth certain objections by several of the defendants to certain deposition transcript excerpts plaintiffs intend to introduce at trial.

(1)    Defendant Mid City Mortgage, LLC objects to the introduction of certain portions of the transcript of the Deposition of Dwight Jenkins, dated November 28, 2006.  Mid City states as follows:  Pursuant to Paragraph 3 of the Court's Amended Order Setting Civil Case for Jury Trial, Defendant Mid City Mortgage, LLC ("Mid City") hereby objects to the following portions of the transcript of the Deposition of Dwight Jenkins, dated November 28, 2006, that Plaintiffs intend to offer at trial:

| DESIGNATION | MID CITY'S OBJECTION |
|---|---|
| p. 6 ln 17-p.10 ln 19 | 10: 7-19: objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.11 ln. 21-p.22 ln 24 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.24 ln 13  p. 37 ln. 18 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p. 41. ln 2- 12 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.42 ln. 17-48 ln 17 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p. 49 ln. 13-58 ln. 8 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p. 56 ln 14- p. 58 ln 19 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE |

| | |
|---|---|
| | 402, 403, 404(b) |
| 60 ln. 7-p.63 ln 17 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p. 67 ln 1-p. 67 ln. 17 | Objection, FRE 402, 403, 404(b) |
| p.72 p. ln18-p. 86 p.8 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.87 ln. 10-p.92 ln 20 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p. 93 ln 10-p. 114 ln. 5 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297) |
| p. 114 ln 13-p. 115 ln. 10 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| 118 ln. 2-p. 118 ln 17 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.119 ln 7-p. 119 ln 18 | Objection, subject to Order granting defendants' MIL re other straw buyers |

| | |
|---|---|
| | (Docket No. 297); FRE 402, 403, 404(b) |
| p.120 ln.2- 124 ln 10 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| P .126 ln 10-p.127 ln. 13 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p. 128 ln 17 – p.133 ln. 20 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.134 ln 20-p. 139 ln. 24 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p. 141 ln. 20-142 ln 18 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p. 143 ln 21-p.144 ln. 15 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p. 173 ln. 4- p.175 ln.5 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE |

| | 402, 403, 404(b) |
|---|---|
| p. 176 ln. 1-175 1 | Objection, meaningless designation |
| p.181 ln 17-p.20 | Objection, meaningless designation |
| p. 188 ln. 24-p.189 ln.3 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p. 192 ln 8-p. 195 ln. 3 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.209 ln 11-p.210 ln 18 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.212 ln.22-213 ln. 14 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.216 ln. 10-p.217 ln.10 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.222 ln.2-ln.3 | |
| p.227. ln.24-p.250 ln. 10 | 227: 24 – 236: 18: objection, subject to Order granting defendants' MIL |

| | |
|---|---|
| | re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| | 241: 19 – 244: 16: objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| | 246: 4 – 250: 10: objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.225 ln. 10-p.257 ln.2 | 225: 10 – 236: 18: objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| | 241: 19 – 244: 16: objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| | 246: 4 – 257: 2: objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.260 ln. 23-p. 262 ln.3 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |

| | |
|---|---|
| p.262 ln. 21-p.263 ln 16 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p. 264 ln. 15-p.265 ln. 23 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.267 ln. 3-p.271 ln. 1 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p. 272 ln. 14-23 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |
| p.274 ln 8-p.275 ln. 20 | Objection, subject to Order granting defendants' MIL re other straw buyers (Docket No. 297); FRE 402, 403, 404(b) |

(2)     Defendant EB Real Estate Group, Inc. objects to the introduction of excerpts from the 2006 deposition transcript of Mr. Jenkins.  Counsel for EB assert as follows: Pursuant to Paragraph 3 of the Court's Amended Order Setting Civil Case for Jury Trial, Defendant EB Real Estate Group, Inc. ("EB") hereby objects to the following portions of the transcript of the deposition of Dwight Jenkins dated November 28, 2006, which Plaintiffs intend to offer at trial:

| DESIGNATION | EB'S OJECTION |
|---|---|
| **General** | Objection:  Proffered excerpts contain many objections, discussions and disputes among counsel and these should be removed before presentation to the jury. |
| p. 41 ln. 2-12 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b). |
| p.42 ln. 17-48 ln 17 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b); Refers to facts not in evidence, will mislead the jury as testimony refers to Laurice Taylor as a "realtor." |
| p. 49 ln 13 – p.58 ln 19 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b). |
| p.60 ln. 7- p.63 ln. 17 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester |

| | |
|---|---|
| | Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b); Excerpt ends in a the middle of a  question. |
| p. 67 ln 1 – ln 17 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b); The excerpt relates to an injunction issued in a separate litigation. |
| p.72 p. ln18-p.86 p.8 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b); Excerpt ends in a question. |
| p.87 ln. 10-p. 92 ln 20 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b); Excerpt starts with answer without a question, which is misleading as to what the answer refers. |
| p. 93 ln 10 – p. 114 ln 5 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to |

| | |
|---|---|
| | Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b) |
| p.114 ln 13 – p. 115 ln 10 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b) |
| p. 118 ln 2 – p. 118 ln 17 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b) |
| p. 119 ln 7 – p. 119  ln 18 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b) |
| p. 120 ln 2 – p. 124 ln 10 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document |

| | |
|---|---|
| | No. 367); FRE 402, 403, 404(b) |
| p. 126 ln 10 – p. 127 ln 13 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b) |
| p. 128 ln 17 – p. 133 ln 10 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b) |
| p. 134 ln 20- p. 139 ln 24 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b) |
| p.141 ln. 20- 142 ln 18 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b); Excerpt ends in a question. |
| p.173 ln. 4 – p.175 ln. 5 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw |

| | |
|---|---|
| | buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b). |
| p.176 ln. 1-175 1 | Objection:  Excerpt fails to refer to a specific question-and-answer series in the testimony, and appears to refer to pages in reverse sequence. |
| p. 181 ln  17 -p.20 | Clarification:  Defendant assumes this excerpt refers to <u>line 20</u> of the same page. Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b) |
| p. 192 ln 8 – p 195 ln 3 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b) |
| p.209 ln 11 – p.210 ln 18 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b). |

| p. 212 .n 22 – p. 213 ln 14 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
|---|---|
| p. 216 ln 10 – p. 216 ln 10 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p. 222 ln 2 – ln 3 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| Page 227, line 24 – Page 250, line 10 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b); Refers to facts not in evidence, will mislead the jury as testimony refers to Laurice Taylor as a "realtor."  ;Testimony is speculative, non-responsive and assumes that Laurice Taylor was an employee of this Defendant. |

| | |
|---|---|
| P.225 ln. 10 – p. 257, ln. 2 | Clarification:  Defendant presumes this relates to page 255 not page 225, as most of these pages have been previously designated by the Plaintiff above.<br><br>Objection:  Defendant incorporates by reference its objections to Pages 227, line 24 – Page 250, line 10, above. |
| p. 260 ln 23 – p. 252 ln 3 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p. 262 ln 21 – p. 263 ln 16 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p. 264 lon 15 – p. 265 ln 23 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p. 267 ln 3 – p. 271 ln 1 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to |

14

| | Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
|---|---|
| p. 272 ln 14-23 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p. 274 ln 8 – p. 275 ln 20. | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |

(3)    Defendant Fremont Investment and Loan objects to the 2006 Jenkins deposition

excerpts and to the introduction of deposition transcripts taken in the state court cases.  Counsel

for Fremont asserts:

Page 83, lines 5-14:  References evidence excluded by court order on motion in limine; relevancy; lack of foundation; vague; ambiguous

Page 89, line 24-Page 95, line 10:  References evidence excluded by court order on motion in limine; relevancy; lack of foundation; vague ambiguous

Page 102, lines 5-7:  Relevancy

Page 112 [sic?], line 11-Page 150, line 15:  Relevancy; hearsay; lack of foundation; references evidence excluded by court order on motion in limine

Page 157, line 18-Page 158, line 20:  Relevancy; references evidence excluded by court order on motion in limine

Page 163, lines 1-19:  Relevancy; references evidence excluded by court order on motion in limine

Page 164, line 15-Page 170, line 2:  Relevancy; references evidence excluded by court order on motion in limine

Page 193, line14-Page 197, line 6:  Relevancy; hearsay

Page 206, lines 2-12:  Relevancy; undue prejudice.

(4)     Union Capital objects to the 2006 Dwight Jenkins transcript.  Counsel for Union Capital asserts: Union Capital Mortgage Business Trust objects to any testimony from this deposition because it was taken a year before the Smith case was filed, in a case in which Union Capital Mortgage Business Trust was not a party, without notice or opportunity for Union Capital Mortgage Business Trust to attend, and no mortgage broker or other defendant with any similar interest to Union Capital Mortgage Business Trust was a party or had counsel at the deposition.  Union Capital Mortgage Business Trust also adopts by reference all objections made by co-defendant, Mid City Mortgage, LLC.

(5)     Century 21 objects to designations of any deposition testimony to which Century 21 was not a party, including but not limited to the depositions of Dwight Jenkins from November 2006, April 2007, and February 2008; the deposition of Cherry Jenkins from October 2006; and the deposition of Dorea Smith from February 2008.

(6)     Union Capital objects to the November 16, 2009 Jenkins transcript corresponding to the following pages and reasons:

| **Page** | **Line** | **OBJECTION** |
|---|---|---|
| Pg. 67 | Ln. 10 to Ln. 21 | Excluded by Court Ruling on 8/25/10 |

| | | |
|---|---|---|
| Pg. 73 | Ln. 10 – Pg. 77, Ln. 4 | Starting at Pg. 73, Ln. 23, to Pg. 77, Ln. 4, multiple references to other transactions excluded by Court Ruling on 8/25/10 |
| Pg. 83 | Lns. 5-14 | References other transactions excluded by Court Ruling on 8/25/10, vague, ambiguous |
| Pg. 89 | Ln. 24 - Pg. 95, Ln. 10 | Vague, ambiguous, refers to other transactions excluded by Court Ruling on 8/25/10 |
| | | References Jenkins being on probation at Pg. 95, Lns. 9-10 |
| Pg. 98 | Ln. 8 - Pg. 101, Ln. 7 | Relevance, testimony concerns Patrick Lee, not a party, no reference to DaSilva or Smith sales in designated text |
| Pg. 121 | Ln. 19 – Pg.122, n. 8 | Relevance, refers to non-party, no reference to DaSilva or Smith sales |

| | | |
|---|---|---|
| Pg. 112(sic?) | Ln. 11 – Pg. 150, Ln. 15 | Refers to non-party transactions excluded by 8/25/10 Court Order; hearsay, speculation, no reference to Smith or DaSilva transactions |
| Pg. 157 | Ln. 18 - Pg. 158, Ln. 20 | Refers to non-party transactions excluded by 8/25/10 Court Order |
| Pg. 163 | Lns. 1-19 | Refers to non-party transactions excluded by 8/25/10 Court Order |
| Pg. 174 | Ln. 7 – Pg. 184, Ln. 5 | At Pg. 176, Ln. 3, Hearsay, speculation, At Pg. 177, Lns. 5- 6, Hearsay, speculation, At Pg. 178, Lns. 13-14, Hearsay, speculation At Pg. 181, Ln. 4 – Pg. 184, Ln. 5, Refers to other transactions excluded by 8/25/10 Court Order |
| Pg. 188 | Ln. 1 – Pg. 189, Ln. 11 | Refers to other transactions excluded by 8/25/10 Court Order |
| Pg. 193 | Ln. 14 – Pg. 197, Ln. 6 | Inadmissible hearsay throughout, plaintiffs' lawyer reads from prior affidavit of witness, |

|  |  | Relevance, no answers are specific to Smith or DaSilva transactions |
|---|---|---|
| Pg. 206 | Ln. 2-12 | Refers to witness' prior civil convictions, unduly prejudicial to co-defendants |
| Pg. 208 | Ln. 7 – Pg. 209, Ln. 10 | Starting at Pg. 209, Ln. 9 to the end, testimony references other transactions excluded by Court Order on 8/25/10 |

(7)     Century 21 joins Mid City's objections as to designations of testimony from the deposition of Dwight Jenkins from November 2009.

(8)     Defendant New England Merchants Corp ("NEMCO") objects to Plaintiffs' designations from the Nov. 16, 2009 deposition of Dwight Jenkins as follows:

p.54 ln.22-p.56 ln.1

    New England Merchants Corp. objects (hearsay)

p.67 ln. 10-21

New England Merchants Corp. objects (hearsay)

p.102 ln 5-7.

New England Merchants Corp. objects (relevancy)

p.121 ln. 19-p.122 ln.8

New England Merchants Corp. objects (relevancy)

p.112-ln 11-p.150 ln. 15

    New England Merchants Corp. objects (relevancy and hearsay)

p.157 ln 18- p.158 ln20

    New England Merchants Corp. objects (relevancy)

p.163 ln.1-19

New England Merchants Corp. objects (relevancy)

p.164 ln. 15- p.170 ln 2 .

New England Merchants Corp. objects (relevancy)

p. 174 ln.7-184 ln.5

New England Merchants Corp. objects (relevancy and hearsay)

p.206 ln.2-12

New England Merchants Corp. objects (relevancy; prejudice outweighs probative value).

(9)     Defendant EB Real Estate Group, Inc. ("EB") hereby objects to the following portions of the transcript of the deposition of Dwight Jenkins dated November 16, 2009, which Plaintiffs intend to offer at trial.  These objections are in addition to the objections of other defendants which are incorporated by reference herein.[1]

| DESIGNATION | EB'S OJECTION |
|---|---|
| **General** | Objection:  Proffered excerpts contain many objections, discussions and disputes among counsel and these should be removed before presentation to the jury. |
| p. 54 ln 22 – p. 56 ln 1 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p.58, ln. 13 – p.59, ln. 2 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw |

---

[1] EB generally objects to the introduction of interrogatory responses listed on Plaintiff's proposed exhibit list.

| | |
|---|---|
| | buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367). |
| p.60 ln, 9-15 | Objection: Testimony is speculative and nonresponsive to questions asked; Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p.61 ln. 17-24 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p.67, ln. 10-21 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p. 73, ln 10 – p. 77 ln 4 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant |

| | EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
|---|---|
| p. 83 ln 5 – 14 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p.89 ln 24 – p.95, ln. 10 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b); This excerpt is incomplete, as it starts mid-question. |
| p. 95 ln 21 – 96 ln 12 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p. 96 ln 20 – p. 97 ln 12 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document |

| | |
|---|---|
| | No. 367); |
| p. 98 ln 8 – p. 101 ln 17 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p. 102 ln 5-7 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p.108 ln 19—22 | Objection: FRE 402, 403 |
| p. 109 ln 11-16 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p. 121 p. 19 – 122 ln 8 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p. 112 – ln 11 – p. 150, ln. 15 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw |

| | |
|---|---|
| | buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b). |
| p. 157, ln. 18 – p. 158, ln. 20 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b). |
| p. 163, ln. 1-19 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b). |
| p. 164, ln. 15-p.170, ln. 2 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b). |
| p. 174, ln. 7 – p. 184, ln. 5 | Objection to p. 175, ln 15 – p. 183, ln 4: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending |

| | |
|---|---|
| | MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b). |
| p.188 ln. p. 189 ln. 11 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); FRE 402, 403, 404(b); This excerpt is incomplete. |
| p. 190 ln 23 – p. 191 ln 16 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p. 193 ln 23 – p. 197 ln 6 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| P. 198 ln 16 – p. 200 ln 15 | Objection: Subject to Order granting Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p. 201 ln 1 – p. 203  ln 13 | Objection: Subject to Order granting |

| | |
|---|---|
| | Defendant Mid-City's MIL re: other straw buyers (Document No. 297); Subject to Order granting in part Defendant Dorchester Real Estate's MIL re: straw buyers (Document No. 322); Subject to Defendant EB Real Estate Group's pending MIL re: unrelated real estate transactions (Document No. 367); |
| p.208, ln. 7 – p. 209 ln. 10 | Objection:  Relevance, completeness. |

(10)     Union objects to the introduction of the entire transcript of P.J. Goodwin. Counsel for Union asserts: The Court's August 26, 2010 Order at Para. No. 3 required a page and line designation, not a wholesale designation.  The Court's Order does not allow for lumping in deposition exhibits as a way of getting them into evidence.  Introducing the entire transcript is redundant, duplicative, confusing to the jury, unfairly prejudicial to Union Capital and the co-defendants, and for the reasons stated in Pleading No. 283, inadmissible as to the defendant, Union Capital Mortgage Business Trust, without specific foundation regarding Mr. Goodwin's reasons for asserting his Fifth Amendment privilege.

(11)     New England Merchants Corp. joins in all objections to deposition designations made by all other Defendants.

The foregoing objections were provided to plaintiffs in a timely fashion, on or prior to October 5, 2010.

Respectfully Submitted,

ROBERT SMITH and
MARIA DASILVA

By their attorneys,

/s/ Jeffrey S. Baker
Jeffrey S. Baker, Esq.
BAKER & ASSOCIATES, P.C.
Two West Hill Place
Boston, MA 02114
(617) 357-9505
BBO # 544929
E-mail: bakerlaw@aol.com

and

/s/ Jonathan  D. Plaut
Jonathan D. Plaut, Esq.
CHARDON LAW OFFICES
One State Street, Suite 1200
Boston, MA 02109
(617)-451-3200
BBO # 638344
E-mail: jdplaut@chardonlaw.com

Date:   October 6, 2010

## CERTIFICATE OF SERVICE

I certify that I have served this document via Notice of Electronic Filing for parties and counsel on the date set forth below in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules.

/s/ Jonathan D. Plaut
Jonathan D. Plaut

Date:   October 6, 2010