# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: **Wyatt Detention Center, Central Falls, Rhode Island**

YOU ARE COMMANDED to have the body of __**DWIGHT JENKINS USM#23699-038**__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. **21**, on the **7th** floor, Boston, Massachusetts on or before **Thursday, October 14, 2010**, at **9:00** A. M. for the purpose of __testifying__ in the case of **Robert Smith et al v. Dwight Jenkins, et al 1:07cv12067**.

And you are to retain the body of said __**DWIGHT JENKINS USM#23699-038**__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **DWIGHT JENKINS USM#23699-038** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **7th** day of **October 2010**.

/s/Richard G. Stearns
UNITED STATES DISTRICT JUDGE

                                          SARAH A. THORNTON
                                          CLERK OF COURT

SEAL

                                          By: /s/ Terri Seelye
                                              Deputy Clerk

(Writ Prisoner.wpd - 5/27/08)