UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-12067-RGS

ROBERT SMITH and MARIE DASILVA

v.

DWIGHT JENKINS, et al.

JUDGMENT

November 1, 2010

STEARNS, D.J.

Judgment will enter as follows.

(1) Judgment hereby enters in favor of plaintiff Robert Smith against defendant Dorchester Real Estate, Inc. (Century 21), in the amount of Fifty Thousand Dollars ($50,000), the jury having found for Smith on his claims against Century 21 for Fraud and Breach of Fiduciary Duty.

(2) Judgment hereby enters in favor of plaintiff Robert Smith against defendant New England Merchants Corp. (NEMC), in the amount of Fifty Thousand Dollars ($50,000), the jury having found for Smith on his claims against NEMC for Fraud and Breach of Fiduciary Duty.

(3) Judgment hereby enters in favor of plaintiff Robert Smith against defendant Union Capital Mortgage Business Trust (Union), in the amount of Fifty Thousand Dollars ($50,000), the jury having found for Smith on his claims against Union for Fraud and Breach of Fiduciary Duty.

(4) Judgment hereby enters in favor of plaintiff Robert Smith against defendant

Louis Bertucci in the amount of Twenty Five Thousand Dollars ($25,000), the jury having found for Smith on his claims against Bertucci for Fraud.

(5) Judgment hereby enters in favor of plaintiff Robert Smith against defendant Dwight Jenkins in the amount of Eighty Five Thousand Dollars ($85,000), the jury having found for Smith on his claims against Jenkins for Fraud, Breach of Contract, and Breach of Fiduciary Duty.

(6) Prejudgment interest is awarded to Robert Smith on the amounts awarded above against Century 21, NEMC, Union, Bertucci, and Jenkins, to be calculated by the Clerk of Court from the date of the filing of the Complaint.

(7) Judgment hereby enters against plaintiff Maria Dasilva on all of her claims.

(8) Judgment hereby enters in favor of defendants Robert Kelley, RKelley-Law, P.C., EB Real Estate Group, Inc., Mid City Mortgage, LLC, Fremont Investment and Loan, Cherry Jenkins, and Dorea Smith on all claims presented to the jury.

(9) The court will rule separately on plaintiff's claim for Unfair and Deceptive Business Practices pursuant to Mass. Gen. Laws, ch. 93A.

(10) Taxation of Costs pursuant to Fed. R. Civ. P. 54(d)(1) is reserved pending the adjudication of the Mass. Gen. Laws, ch. 93A claim.

                                          SO ORDERED.

                                          /s/ Richard G. Stearns

                                          _____
                                          United States District Judge