UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
ROBERT SMITH and MARIA DASILVA,             )
                                            )
    Plaintiffs                              )
                                            )
v.                                          )
                                            )
DWIGHT JENKINS, CHERRY JENKINS,             )
DOREA SMITH, ROBERT E. KELLEY,              )
RKELLEY-LAW, P.C., LOUIS G. BERTUCCI,       )   Case No. 1:07-cv-12067-RSG
EB REAL ESTATE GROUP, INC.,                 )
DORCHESTER REAL ESTATE, INC.,               )
NEW ENGLAND MERCHANTS CORP,                 )
UNION CAPITAL MORTGAGE BUSINESS             )
TRUST, MID CITY MORTGAGE, LLC,              )
FREEMONT INVESTMENT AND LOAN and            )
MERITAGE MORTGAGE CORPORATION,              )
                                            )
    Defendants                              )
_____)

## **AFFIDAVIT OF JONATHAN D. PLAUT**

    I, Jonathan D. Plaut, being duly sworn and under oath, do hereby depose and state under the pains and penalties of perjury upon person knowledge as follows:

    1.    I am counsel to the plaintiff, Robert Smith ("Smith"). I have been counsel to Mr. Smith since the inception of this case along with my co-counsel, Jeffrey S. Baker.

    2.    I have read and reviewed the Affidavit of Jeffrey S. Baker of today's date submitted in support of our petition for attorney's fees and costs. I have reviewed the itemization of time expended attached to Attorney Baker's affidavit as <u>Exhibit 1</u>.

    3.    I confirm that that itemization of time correctly and accurately reflects the time that I spent in furtherance of Mr. Smith's case from the inception of our representation of him in 2006 through the trial in October, 2010 to a high degree of certainty and accuracy with only a small margin of error due to the sheer volume of documents, discovery, pleadings, filings,

1

correspondence, in-person conferences and hearings, plus the trial.  I confirm that all of the time Attorney Baker and I spent as indicated in <u>Exhibit 1</u> to Attorney Baker's affidavit was reasonable and necessary for the effective preparation of Smith's case.

4.     The recitations in Attorney Baker's affidavit which relate to me are true and accurate.  My standard billable rate is $350 - $400 per hour, and I have a number of clients who routinely pay my regular rates.  I graduated from Tufts University in 1992 with double majors in History and the Japanese Language, both *cum laude*.  I graduated from Boston College Law School in 1997 and passed the bar on my first attempt.  I have been practicing law in Massachusetts since 1997 and have been licensed to practice law in New York since 2009.  I am a former criminal prosecutor for Norfolk County, Massachusetts and I have tried over seventy (70) cases in my career.  I served as an associate at Prince, Lobel, Glovsky & Tye LLP from 2000-2002 and have ran an operated Chardon Law Offices from 2002 to the present.  I focus primarily on business litigation cases including business disputes, attorney malpractice cases, professional licensure cases, banking litigation and others.

5.     I also confirm Attorney Baker's assertion that an affidavit cannot adequately express the sacrifice that we made to bring Mr. Smith's case from its inception through the trial.  It was the most difficult, challenging and time-consuming case of my career to date.  I sacrificed numerous other business opportunities in order to effectively bring Mr. Smith case to trial.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4th DAY OF FEBRUARY, 2011.

/s/ Jonathan D. Plaut

_____

Jonathan D. Plaut