UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH and MARIA DASILVA, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) **Case No. 1:07-cv-12067 RGS** |
| v. | ) <br> ) |
| DWIGHT JENKINS, CHERRY JENKINS, DOREA SMITH, ROBERT E. KELLEY, R.KELLY-LAW P.C., LOUSE G. BERTUCCI, EB REAL ESTATE GROUP, INC., DORCHESTER REAL ESTATE, NEW ENGLAND MERCHANTS CORP., UNION CAPITAL MORTGAGE BUSINESS TRUST, MID CITY MORTGAGE, LLC, FREEMONT INVESTMENT AND LOAN and MERITAGE MORTGAGE CORPORATION, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

**<u>DEFENDANT NEW ENGLAND MERCHANTS CORP.'S NOTICE OF APPEAL</u>**

Notice is hereby given of Defendant New England Merchants Corp.'s ("NEMCO") hereby appeal to the Unties States Court of Appeals for the First Circuit from the Judgment entered on November 1, 2010, including any and all decisions and orders that merged with the judgment, including but not limited to:

(1) Memorandum and Order entered June 16, 2009 as Document Number 166, insofar as said order denied in part NEMCO's motion to dismiss filed on March 31, 2008 as Document No. 89 as supported by the memorandum filed as Document No. 90, and as renewed by a Notice filed on August, 17, 2008 as Document No. 141;

(2) Memorandum and Order entered on June 18, 2010 as Document Number 259 insofar as said order denied in part NEMCO's motion for summary judgment filed on

June 16, 2010 as Document No. 222 as supported by the memorandum filed as Document No. 223 and the Affidavit filed as Document No. 224;

(3) Electronic Order entered on July 8, 2010, denying the motion for reconsideration of the Court's Memorandum and Order of June 18, 2010, filed on behalf of multiple parties including NEMCO on July 1, 2010 as Document No. 262;

(4) Electronic Order entered on August 17, 2010 denying Motion in Limine to Preclude Stan V. Smith, Ph.D., from Testifying as Expert Witness filed on August 11, 2010 filed on behalf of multiple parties including NEMCO as Document No. 276 as supported by the memorandum filed as Document No. 277 and the Affidavit filed as Document No. 278;

(5) Electronic Order entered on September 15, 2010 denying Motion For Reconsideration of Order Denying Motion in Limine to Preclude Stan V. Smith, Ph.D., from Testifying as Expert Witness filed on August 25, 2010 on behalf of multiple parties including NEMCO as Document No. 300 as supported by the Affidavit filed as Document No. 301;

(6) Electronic Order entered on October 8, 2010, insofar as said Order denied in part NEMCO's Motion in Limine to Preclude Evidence of Massachusetts Commissioner of Bank's Findings of Fact, Temporary Restraining Orders and Consent Orders and Stipulation and Consent Orders with the Massachusetts Attorney General filed on October 3, 2010 as Document No. 370 as supported by the memorandum filed as Document No. 371;

(7) Refusal of Court to instruct the jury as requested by NEMCO in its proposed jury instructions filed on October. 5, 2010 as Document No. 390 and its supplemental

proposed jury instructions filed on October 11, 2010 as Document No. 427 and its further supplemental proposed jury instruction filed on October 20, 2010 as Document No. 440;

(8) Refusal of Court to sustain NEMCO's objections, as stated in notices filed by NEMCO on October 13, 2010 as Documents Nos. 430 and 431, to Plaintiffs' designations of portions of transcripts of depositions Dwight Jenkins;

(9) Electronic Order entered on Oct. 18, 2010, denying Motion to Strike Trial Testimony of Stan V. Smith, Ph.D., filed on October 17, 2010 on behalf of multiple parties including NEMCO as Document No. 433 as supported by the memorandum filed as Document No. 434 and the Affidavit filed as Document No. 435;

(10) Order entered on the record on October 20, 2010, to extent said Order denied in part NEMCO's Motion Pursuant to Fed.R.Civ.P. 50(a) for Judgment as a Matter of Law filed on October 20, 2010 as Document No. 441;

(11) Evidentiary rulings made by the Court during trial to which NEMCO timely objected; and

(12) Memorandum and Order entered on May 3, 2011 as Document No. 492 denying NEMCO's Motion for Judgment as a Matter of Law filed on October 19, 2010 as Document No. 459.

    NEW ENGLAND MERCHANTS
CORP.,
Defendant,
By its attorney,

/s/ Michael J. Markoff
Michael J. Markoff BBO #547590
P.O. Box 212
Falmouth, MA  02541
(508) 548-5500
mmarkoff@verizon.net

**CERTIFICATE OF SERVICE PURSUANT TO LR 5.2(c)**

     I, Michael J. Markoff, hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system on this 25th day of May, 2011.

                                                 /s/ Michael J. Markoff.
                                                 Michael J. Markoff