UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-CV-12067-RGS

ROBERT SMITH

v.

DWIGHT JENKINS, et al

ORDER ON NEW ENGLAND MERCHANTS CORPORATION'S
MOTION FOR LIMITED RECONSIDERATION

June 28, 2011

STEARNS, D. J.

Despite the absence of an opposition by plaintiff, the court will <u>DENY</u> the motion for limited reconsideration of its May 3, 2011 Order submitted by New England Merchants Corporation (NEMCO). NEMCO's motion simply repeats the same arguments with respect to Noyes and the testimony of Dr. Smith that it made in advancing its original Rule 50(b) and Rule 59 motions. The court has already discussed and rejected these arguments (which may explain why Smith has not responded). Unlike Union Capital, which was able to show that *no one* acting on its behalf (including Goodwin) had ever had *any* dealings with Smith, there was evidence implicating Noyes as the originator of the mortgage and as the co-signer with Smith of the false application. The jury was well within its discretion given the court's instructions regarding the law of agency in finding NEMCO liable for Noyes'

misdeeds.

        SO ORDERED.

        /s/ Richard G. Stearns

        _____
        UNITED STATES DISTRICT JUDGE