UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SMITH, )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>DWIGHT JENKINS; )<br>LOUIS G. BERTUCCI; )<br>EB REAL ESTATE GROUP, INC.; )<br>DORCHESTER REAL ESTATE, INC.; )<br>NEW ENGLAND MERCHANTS CORP.; )<br>and UNION CAPITAL MORTGAGE )<br>BUSINESS TRUST, )<br> )<br> Defendants. ) | Civil Action No. 1:07-12067-RGS |

## DEFENDANT, DORCHESTER REAL ESTATE, INC.'S
## NOTICE OF APPEAL

The defendant, Dorchester Real Estate, Inc. ("Century 21"), hereby notes its appeal from the Judgment entered October 26, 2011, including the following Orders of this Honorable Court merged therewith:

1. Memorandum and Order dated June 16, 2009 (Document 166), to the extent such order denied Century 21's Motion to Dismiss Plaintiffs' First Amended Complaint, dated March 31, 2008 (Document 87), supported by memorandum (Document 88);

2. Memorandum and Order dated June 18, 2010 (Document 259), to the extent such order denied Century 21's Motion for Summary Judgment dated February 15, 2010 (Document 215), supported by memorandum (Document 216), statement of material facts not in dispute (Document 217), and affidavit (Document 218);

      3.      Electronic Order dated August 17, 2010, denying Century 21's motion in limine to preclude Dr. Stan V. Smith from testifying at trial (Document 276), supported by memorandum (Document 277) and affidavit (Document 278);

      4.      Electronic Order dated October 18, 2010, denying Century 21's Motion to Strike Trial Testimony of Stan V. Smith, Ph.D. (Document 433), supported by memorandum (Document 434) and affidavit (Document 435);

      5.      Evidentiary rulings made by Court during trial to which Century 21 timely objected, including but not limited to, the Court's limiting the defendants at trial to 30 minutes collectively of cross-examination of Dr. Smith, over the objection of Century 21 and others; and

      6.      Memorandum and Order dated May 3, 2011 (Document 492), denying Century 21's motion for judgment as a matter of law, among others, as to plaintiff's causes of action for fraud (Count I) and breach of fiduciary duty (Count IX) (Document 461).

Respectfully submitted,

DORCHESTER REAL ESTATE, INC.

By its attorneys,

/s/ Thomas K. McCraw, Jr.
Jay S. Gregory, BBO# 546708
Jay.Gregory@LeClairRyan.com
Thomas K. McCraw, Jr., BBO# 659480
Thomas.McCraw@LeClairRyan.com
LeClairRyan, A Professional Corporation
One International Place, 11th Floor
Boston, MA  02110
617-502-8200

Dated:  November 16, 2011

**CERTIFICATE OF SERVICE**

    I, Thomas K. McCraw, Jr., hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system on this 16th day of November, 2011.

                                                /s/ Thomas K. McCraw, Jr.
                                                Thomas K. McCraw, Jr.