UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SMITH, | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:07-CV-12067-RGS |
| v. | ) |
| | ) |
| RKELLEY-LAW, P.C, | ) |
| | ) |
| Defendant | ) |

### FINAL JUDGMENT AGAINST RKELLEY-LAW, P.C.

STEARNS, J.

Judgment hereby enters in favor of Plaintiff, Robert Smith, against Defendant, RKelley-Law, P.C. ("Kelley Law") as follows:

1) Smith is awarded $25,000 against RKelley-Law, P.C., as this was the amount Smith was awarded against Louis Bertucci on October 26, 2011. See Doc. #527.

2) The clerk shall calculate interest on the award on $25,000 from the date the case was filed October 1, 2007 at the rate of 12% pursuant to 231 6B.

3) The award of $25,000 in paragraph 1, above, is trebled pursuant to G.L. c. 93A.

4) Smith is awarded $113,865 against RKelley-Law P.C. in attorneys' fees and costs as this is the amount Smith was awarded against Louis Bertucci for the initial trial pursuant to G.L. c. 93A.

5) Smith is awarded an additional $42,000 against RKelley-Law for post-verdict attorneys' fees and costs pursuant to G.L. c. 93A.

SO ORDERED:

/s/ Richard G. Stearns
Richard G. Stearns
United States District Judge